```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                        FORT PIERCE DIVISION

 3               CASE NO. 15-CR-14057-ROSENBERG

 4

      UNITED STATES OF AMERICA,       .
 5                                    .
           Plaintiff,                 .
 6                                    .
               vs.                    .
 7                                    .
      MICHAEL HARDING,                . Fort Pierce, FL
 8                                    . May 16, 2016
 9         Defendant.                 .

10

11            TRANSCRIPT OF SENTENCING PROCEEDINGS
            BEFORE THE HONORABLE ROBIN L. ROSENBERG
12                UNITED STATES DISTRICT JUDGE

13                       VOLUME 1

14

15       APPEARANCES:

16

17       FOR THE PLAINTIFF:        DANIEL FUNK
                                   RUSSELL KILLINGER
18                                 United States Attorney's Office
                                   101 S. U.S. Highway 1
19                                 Suite 3100
                                   Fort Pierce, FL 34950
20                                 305-905-7509

21       FOR THE DEFENDANTS:       FLETCHER PEACOCK, ESQ.
                                   Federal Public Defender's Office
22                                 109 North 2nd Street
                                   Fort Pierce, FL 34950
23                                 772-489-2123

24       Official Court Reporter:  Pauline A. Stipes
                                   Fort Pierce/West Palm Beach
25                                 772-467-2337
                                   HON. ROBIN L. ROSENBERG
```

```
 1                            INDEX
 2          WITNESSES:
 3          SHEILA LaGREGA
 4          Direct Examination by Mr. Killinger      Page 11
 5          Cross Examination by Mr. Peacock         Page 35
 6          DANITZA BYRD
 7          Direct Examination by Mr. Funk           Page 47
 8          BRIAN REY
 9          Direct Examination by Mr. Funk           Page 50
10
11                           EXHIBITS
12                                      I.D.        Received
13          Government Exhibit 1                      Page 24
14          Government Exhibits 2-6                   Page 30
15          Government Exhibit 7                      Page 49
16          Government Exhibit 8                      Page 55
17          Government Exhibit 9                      Page 67
18             (All Exhibits Sealed)
19
20
21
22
23
24
25
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  Okay, good morning.

2          The matter before us is United States of America

3     versus Michael Edwin Harding.  If we could have all counsel

4     state their appearance for the record as well as the appearance

5     of Mr. Harding.

6          *MR. FUNK:*  Good morning, Daniel Funk on behalf of the

7     United States.  I am here with Special Agent Brian Rey and

8     Assistant United States Attorney Russell Killinger.

9          *MR. PEACOCK:*  Good morning, Fletcher Peacock on behalf

10    of Mr. Harding, who is also present before the Court.

11          *THE COURT:*  Probation.

12          *PROBATION OFFICER:*  Edward Cooley for Probation.

13          *THE COURT:*  Government, have any and all victims been

14    notified today?

15          *MR. KILLINGER:*  They are present in the courtroom, the

16    minor children are not, their representative is, the mother.

17          *THE COURT:*  Back in November 2015, Mr. Hardy entered a

18    plea of guilty to Counts 1, 2, 3, 4, and nolo contendere to

19    Counts 5 and 6 of the second superseding indictment.

20          Counts 1, 2 and 3 charge exploitation of minors, in

21    violation of Title 18 United States Code, Section 2252.

22          Count 4 charges Mr. Harding with possession of

23    material involving the sexual exploitation of minors, in

24    violation of Title 18 United States Code, Section

25    2252(a)(4)(B).

1            Count 5 charges Mr. Harding with attempt to coerce and

2    entice a minor to engage in sexual activity, in violation of

3    Title 18 United States Code, Section 2252(b).

4            Count 6 charges Mr. Harding with producing child

5    pornography, in violation of Title 18 United States Code,

6    Section 2251(a), and (e).

7            Upon acceptance of Mr. Harding's plea, the Court

8    adjudged him guilty of Counts 1 through 4, ordered a

9    Pre-Sentence Investigation Report and deferred sentence until

10   today's date.  The Pre-Sentence Investigation Report appears at

11   Docket Entry 87.

12           Has the Government received and had ample opportunity

13   to review the Pre-Sentence Investigation Report?

14           *MR. FUNK:*  Yes.

15           *THE COURT:*  Has defense received and had ample

16   opportunity to review the Pre-Sentence Investigation Report?

17           *MR. PEACOCK:*  Yes, ma'am.

18           *THE COURT:*  Is there any legal reason why the Court

19   should not pronounce sentence in the case today?

20           *MR. FUNK:*  No.

21           *MR. PEACOCK:*  No, ma'am.

22           *THE COURT:*  I say that, recognizing that pronouncement

23   may not actually occur today given the length of the

24   anticipated sentencing, and given the Court's need to select a

25   jury in another matter in a case that is going to trial this

1    afternoon.

2           We all recognize that in all likelihood we will

3    continue that which we don't complete today until the following

4    Monday.  I know Lakeshia has been in touch with everyone.

5           Nevertheless, there is no legal reason why the Court

6    should not proceed today; is that correct?

7           *MR. PEACOCK:*  Yes.

8           *THE COURT:*  Government?

9           *MR. FUNK:*  Yes.

10          *THE COURT:*  The Court has received and reviewed a

11   series of submissions, including the letter regarding

12   sentencing from Judith Souer, Docket Entry 84, the Government

13   objections filed 4/22/16, Docket Entry 85, the Defendant's

14   objections to the Pre-Sentence Investigation Report, 4/26,

15   Docket Entry 86, Defendant's notice of filing letters of

16   consideration, 5/9/16, Docket Entry 88, the Defendant's sealed

17   notice of filing Dr. Brannon's sealed psychological examination

18   of Mr. Harding, 5/10/2016.

19          And in addition, there is the Government's sentencing

20   memorandum, Docket Entry 96, amended objections, 95,

21   Defendant's motion for downward variance, Docket Entry 92.

22          There was the -- I mentioned the one sealed document

23   relating to the medical examination.

24          There was also the Government's motion that was filed

25   at Docket Entry 91, motion to seal exhibit, and then the sealed

```
 1   exhibit itself, which is docket 91-2, which consists of
 2   approximately 83 pages.
 3           Has anyone submitted anything I have not mentioned for
 4   the Court's consideration in consideration of the sentencing
 5   here today?
 6           MR. FUNK:  No, Your Honor.
 7           MR. PEACOCK:  No, ma'am.
 8           THE COURT:  The Court has reviewed all of the
 9   attachments and letter and the 83 pages of the sealed document
10   by the Government, as well as the complete psychological report
11   and the memoranda.
12           So, with that, we can take up the objections first.
13           If I go to -- I know, as the PSI indicates on page
14   87-1, there is note there is an objection from the Government
15   and Probation, and that had to do with paragraphs 11 and 20 of
16   the Pre-Sentence Report which the Probation Office says it has
17   revised and this issue is resolved.
18           Do you believe your objections as to paragraphs 11 and
19   20 have been resolved?
20           MR. FUNK:  Yes.
21           THE COURT:  And then the addendum also notes there
22   were objections that related to paragraphs 12, 13, and 14 of
23   the Pre-Sentence Report regarding -- referring to conversations
24   the Defendant had with other individuals and Probation noted in
25   the addendum that the Government will file copies of the actual
```

1    conversations under seal, which it did, and that issue has been

2    resolved.

3             Has that been resolved?

4             MR. FUNK:  Yes, Your Honor.

5             THE COURT:  And then there was a notation regarding

6    the 94 previously identified series of child pornography within

7    the images, and all of this is coming from 87-1, page two of

8    seven, and again, the Probation Officer notes in the PSR that

9    that issue has been resolved.

10            Has that been resolved?

11            MR. FUNK:  Yes, Your Honor.

12            THE COURT:  Okay, then we go to the Defendant's

13   objections.

14            Defense filed objections to paragraphs 12 through 20

15   of the Pre-Sentence Report denying that the Defendant had

16   engaged in sexual conduct or contact with a minor, and the

17   Probation Office responded as it did in the addendum in its

18   response to paragraphs 12 through 20, which the Court can -- it

19   is written in the addendum, all counsel have a copy of that,

20   and the Court would ask whether there is anything in that

21   objection that still needs to be addressed or whether it has

22   been resolved.

23            I am speaking specifically about the first objection

24   that appears in the PSR on page three of seven at Docket Entry

25   87-1.

1           *MR. PEACOCK:*  Your Honor, I guess the easiest way to

2    say this, my initial objections were inartfully drawn, that is

3    why I filed the addendum objection.

4           From that standpoint, it has been resolved.

5           *THE COURT:*  Any factual objections the Court needs to

6    rule on?

7           *MR. PEACOCK:*  I believe they are all resolved.

8           *THE COURT:*  Okay.

9           With that, then, the guidelines would tell the Court

10   the total offense level is 43, criminal history category I, the

11   advisory guideline range for incarceration is life

12   imprisonment, probation ineligible, supervised release, five

13   years to life, 25,000 to $250,000 fine, restitution pending,

14   and a special assessment of $100 for each count.

15          Does the Government agree with that?

16          *MR. FUNK:*  Yes.

17          *THE COURT:*  Does Defense agree with that?

18          *MR. PEACOCK:*  Yes, ma'am.

19          *THE COURT:*  Okay, having addressed all of the

20   materials submitted that the Court has reviewed in connection

21   with the sentencing, having reviewed all of the objections, and

22   having representation from counsel for both sides that all

23   objections have been resolved, having agreement on what the

24   guidelines instruct the Court, we can proceed with defense as

25   to any evidence or argument that you want to present on behalf

```
 1    of Mr. Harding.

 2            Or maybe there has been a discussion between defense

 3    and the Government as to whether there would be a different

 4    order in terms of presentation of any evidence.

 5            MR. FUNK:  Before we move on to that issue, there

 6    should be some clarification with regard to the record.

 7            Mr. Peacock filed pleading document 95 with the Court

 8    on May 13th, and in paragraphs five, six, seven, I believe that

 9    Mr. Peacock was making reference to paragraph numbers which

10    were included in the draft report and not the final report.

11            MR. PEACOCK:  That is correct, Judge.

12            THE COURT:  Paragraphs five, six, seven refers to

13    the -- of the amended objections, it refers to paragraphs 58,

14    64, and 66.  Should those be different paragraphs?

15            MR. PEACOCK:  I want to make it consistent with my

16    original objections, it was to the original report in this

17    case.  If that is in the record, that is sufficient.

18            THE COURT:  All right.  Does that satisfy the

19    Government?

20            MR. FUNK:  It does.

21            THE COURT:  Okay.

22            MR. PEACOCK:  Your Honor, as far as the order of

23    presentation, I had very briefly spoken with the Government

24    about this, and I think we anticipate the Government would

25    proceed first.  I think they probably have the larger share of
```

1    evidence to put before the Court.

2         I will say from the defense standpoint, we have no

3    objection to a proffer, obviously that is within the

4    Government's discretion to accept or not accept.  I want that

5    to be on the record.

6         THE COURT:  All right.  Is that acceptable to the

7    Government, to proceed first with the evidence, and

8    understanding that the defense will accept your proffer, but

9    you are free to put on the evidence that you wish to put on?

10        MR. FUNK:  Yes.

11        THE COURT:  How are you going to proceed?

12        MR. FUNK:  By presentation of evidence.  Mr. Killinger

13   will proceed.

14        THE COURT:  All right.

15        MR. KILLINGER:  Your Honor, may I inquire, is Your

16   Honor's schedule the same as we left it last week?  You plan on

17   going how far today, until when?

18        THE COURT:  I will try to find a natural breaking

19   point, we have jurors arriving around noon, and they have

20   questionnaires to fill out.  So, we have some leeway.

21        I would like to cover as much ground as we can.  I

22   would like to have witnesses, if anyone has traveled, you know,

23   accommodate schedules and not cut a witness off.  Let me know

24   what you anticipate with each witness and we can assess what is

25   doable and what isn't.

1          *MR. KILLINGER:*  That is fine.  The Government will

2     call Sheila LaGrega.

3               (Witness sworn).

4               *THE COURTROOM DEPUTY:*  State your name for the record

5     and spell your last name, please.

6               *THE WITNESS:*  Sheila LaGrega, L—A, capital G—R—E—G—A.

7               *THE COURT:*  I apologize to you, Ms. LaGrega, that I am

8     not always going to be looking right at you.

9               I have the computer here and you are there.  Be

10    assured I am listening to you, and everything you are saying is

11    recorded by the Court Reporter and it comes up over to the

12    screen to my left.

13              Everything —— we have a lot going on here, I am

14    listening even though my back is to you.

**DIRECT EXAMINATION**

15

16    *BY MR. KILLINGER*:

17    *Q.*  How are you employed?

18    *A.*  Currently assigned to the criminal investigations division

19    of the Port St. Lucie Police Department.

20    *Q.*  How long have you been employed by the Port St. Lucie

21    Police Department?

22    *A.*  Almost 16 years.

23    *Q.*  Were you employed by any other departments?

24    *A.*  No, sir.

25    *Q.*  What types of crimes do you investigate?

Pauline A. Stipes, Official Federal Reporter

12

1    *A.*  I have been investigating person's crimes for the majority

2    of my career, person's crimes is anything to do with people,

3    homicide, suicides, death investigation, sexual batteries,

4    robberies.

5    *Q.*  You mentioned sexual batteries.  You do investigate child

6    abuse cases, allegations of child abuse?

7    *A.*  Yes.

8    *Q.*  Have you had training in interviewing child witnesses and

9    conducting investigations?

10   *A.*  I have had several, yes.

11   *Q.*  Okay.  I would like to direct your attention to September

12   22nd of last year.

13       Did you have occasion to become involved in an

14   investigation regarding some allegations of sexual abuse of two

15   minor female children, and we are going to refer to them by

16   their initials, and that is C.W. and H.W.?

17   *A.*  Yes, I was.

18   *Q.*  How was it that you first got involved in that

19   investigation, besides being assigned to it by your supervisor?

20   What did you do when you first got notified?

21   *A.*  I was asked to conduct interviews with both C.W. and H.W.,

22   of course, by my supervisor.

23       I contacted, met with their mother.

24   *Q.*  What was her name?

25   *A.*  Ashley.

13

```
 1    Q.   Okay.
 2    A.   They were brought to the police station.
 3    Q.   Was Ashley, the mother of the children, did she have a
 4    relationship with the Defendant in this case, Michael Harding?
 5    A.   Yes.
 6    Q.   What was that relationship?
 7    A.   They were husband and wife.
 8    Q.   What was the relationship of C.W. to and H.W. to Michael
 9    Harding, if you know?
10    A.   Stepchildren.
11    Q.   Now, did you go out to a residence on September 22nd?
12    A.   Yes, I briefly met with Ashley at the house.
13    Q.   And then, did you conduct an interview of both C.W. and
14    H.W. on September 22, 2015?
15    A.   Yes, I did.
16    Q.   Where was that interview conducted?
17    A.   At the police station.
18    Q.   Was it videotaped?
19    A.   Yes.
20    Q.   How old is C.W -- or how old was C.W. at the time you
21    interviewed her?
22    A.   Nine.
23    Q.   And how old was H.W.?
24    A.   Five.
25    Q.   Which girl did you interview first?
```

1    *A.*   C.W.

2    *Q.*   She was the nine year old?

3    *A.*   Yes.

4    *Q.*   Can you tell the Court -- first of all, before you sat down

5    and interviewed her, did you talk to Ashley, the mother, and

6    get any information from her as to what, if anything, the girls

7    had disclosed to her?

8    *A.*   Yes, I did.

9    *Q.*   And generally, did that involve in your experience

10   inappropriate sexual conduct?

11   *A.*   Yes, it did.

12   *Q.*   On behalf of the Defendant?

13   *A.*   Yes.

14   *Q.*   Where did the interview take place, the interview of C.W.?

15   *A.*   Right in criminal investigations, we have interview rooms

16   adjacent to the area we work in.

17   *Q.*   When you conduct interviews of child witnesses,

18   particularly nine years old and five years old, do you use

19   props or instruments to assist you in conducting the interview?

20   *A.*   I do at times, if it is necessary.

21   *Q.*   Do you find it generally difficult to get information from

22   such young children?

23   *A.*   Not -- not normally, no.  But there is a period of time

24   that I need to take to build a rapport with them.

25   *Q.*   I am sorry?

15

1   *A.*  I need time to build a rapport with them.  Sometimes it

2   takes longer than others.

3   *Q.*  In this interview with C.W., the first interview, were you

4   able to -- in your opinion, able to develop a good rapport with

5   her?

6   *A.*  Yes, I was.  However, she was very shy and very

7   uncomfortable and very unsure because of everything that had

8   just happened, so she was not really trusting in the beginning,

9   no.

10   *Q.*  And you say everything that happened.  Do you know that

11   Michael Harding was actually arrested on the same day that you

12   interviewed C.W. and H.W. on September 22nd?

13   *A.*  Yes.  The girls had actually been at the house when

14   Homeland Security arrived and they witnessed all of that.  Mom

15   was allowed to take them to school and return back.

16       But, yes, they were there for a lot of that.

17   *Q.*  Did you use any -- in the interview of C.W. on the 22nd of

18   September, did you use any of the dolls or props that you have

19   in the room?

20   *A.*  No, not at that time.

21   *Q.*  Not at that time?

22   *A.*  No.

23   *Q.*  Okay.

24       And during the course of the interview did C.W. disclose to

25   you certain actions that Michael Harding had done to her that

1    would be considered inappropriate sexual conduct?

2    *A.*  Now, remember, I had that interview and then the girls were

3    sent to CBT and I had a second interview.

4         During the first interview, C.W. indicated that Michael

5    asked her to put her hand on his penis, not in those words,

6    those are my words, and also wanted her to take off her clothes

7    and lay with him naked.

8         That came out in the first interview.

9    *Q.*  Let me ask you a few questions about that.

10        What terminology did you use in your interview of C.W.,

11   that first interview?  Penis is your word?

12   *A.*  I would use the word private, she would use butt for the

13   back.

14        I take time in my interview qualifying the girls because I

15   like to make sure I am using the same verbiage they use.  If

16   they use privates for their vaginal area, that is the word I

17   would use during my interview, but in the adult world it is

18   easier for me to use the terminology that we all understand.

19   *Q.*  Of course.  So the judge is aware, what terminology did you

20   use with C.W. to refer to her vaginal area?

21   *A.*  Privates.

22   *Q.*  Privates.

23        And what did you reuse to refer to her anus?

24   *A.*  Her butt.

25   *Q.*  What about the top part, breast area?

1    *A.* Her chest.

2    *Q.* Her chest, okay.

3         So, you testified she did, C.W., did disclose to you at the

4    first interview that Michael Harding asked her to touch his

5    penis?

6    *A.* Correct.

7    *Q.* Did she indicate to you at that time whether he was clothed

8    or naked?

9    *A.* No.  She indicated that his clothes were off and that he

10   took his hand and put it on his penis, and he moved it around,

11   and then had asked her to touch his penis.

12   *Q.* And did she tell you whether she did that or not?

13   *A.* She said she did not.

14   *Q.* She did not.

15        And did C. W. explain to you the circumstances of who else

16   was in the house she was in the situation with Michael Harding,

17   as she described to you?

18   *A.* Throughout the two interviews that I did with both girls,

19   those incidents would occur when Ashley was napping with the

20   younger girl, the baby, they had just had a baby, and other

21   incidents would occur in the afternoon between the time -- with

22   H.W., between the time that he was going to pick C.W. up from

23   school and come home.

24   *Q.* How many separate incidences was C.W. able to talk to you

25   about?

1    Do you know what I mean by separate incidences?  Was she

2    able to separate any particular incidences?

3    *A.*  During my second conversation with her, I was able to get

4    much more information.

5    *Q.*  And was some of the information that she gave you -- first

6    of all, what date was the second interview?

7    *A.*  September 29th.

8    *Q.*  Okay.

9    Would you -- would it be your opinion that she was a lot

10   more forthcoming on the 29th, when you interviewed her the

11   second time?

12   *A.*  Yes.

13   *Q.*  And where did C. W. say that the -- that these -- the

14   incident where Michael Harding asked her to touch his penis,

15   where did that occur physically?

16   *A.*  In the living room and also his bedroom.

17   *Q.*  Where, in a house, apartment?

18   *A.*  In their house.

19   *Q.*  And where was that?

20   *A.*  It began in Ft. Pierce and continued to Port St. Lucie.

21   *Q.*  Okay.

22   And was (redacted) able to differentiate --

23        *THE COURT:*  You want to -- you spoke the name.  Why

24   don't we have that redacted.

25        You are talking about C.W.?

19

1          *MR. KILLINGER:*  Yes.

2     *BY MR. KILLINGER:*

3     *Q.*  Was C.W. able to differentiate any instances according to

4     the place they happened?

5     *A.*  Yes.

6     *Q.*  And did any of them -- did she tell you any of them

7     happened in the apartment?

8     *A.*  It began in the apartment, not so much the touching, but

9     her being asked to take her clothes off and lay next to him or

10    sit next to him naked on the couch, those types of things.

11    *Q.*  Now, you said you interviewed H.W. on the 22nd?

12    *A.*  Yes.

13    *Q.*  H.W. is the five year old?

14    *A.*  Correct.

15    *Q.*  Can you tell us about that interview?  Were you able to

16    develop any rapport with H.W.?

17    *A.*  Her demeanor was -- she was very overwhelmed, she was not

18    that talkative at all.  She didn't understand -- she told me

19    she didn't understand why it was a big deal for her daddy to

20    look at naked kids, and she missed him and denied that anything

21    happened.

22    *Q.*  Okay.

23         So, on the first interview she denied anything happened?

24    *A.*  Correct.

25    *Q.*  Now, during the first interviews of C.W. and H.W. on the

Pauline A. Stipes, Official Federal Reporter

1    22nd, did either one of them -- or did you suggest that either

2    one of them use a pad of paper to write or draw anything on the

3    first interview?

4    *A.*  No.

5    *Q.*  Okay.

6        Is that something you do sometimes with child witnesses?

7    *A.*  I do that often.  I do that often.  If I feel like they are

8    holding back or they are uncomfortable, you know, sometimes

9    they don't want to speak the words, they would rather draw it

10   or write it in sentence form, which is totally fine.

11       However, understand, too, when I was interviewing the girls

12   the very first time, it was pretty late.  It was late in the

13   day, they were tired, they had a really long day.

14       So, my interview with H.W. -- C. W. was a little longer,

15   but the five year old, she really -- she couldn't even -- it

16   wasn't worth spending a lot of time with her that night.

17   *Q.*  Okay.

18       Now, you testified that the second interview, round of

19   interviews were on the 29th of September?

20   *A.*  Correct.

21   *Q.*  And prior to them coming in for the interviews on the 29th,

22   did you receive any information from Ashley as to whether

23   either one or both of the girls made any further disclosures to

24   her?

25   *A.*  Um-m-m, well, I had -- I had received information from

1   Ashley that there were some pretty explicit Kik messages, a

2   texting application, so I reviewed those messages prior to

3   their interview.

4       I had not set up a secondary interview at that point.  I

5   received the messages from him first, and I became very

6   concerned.  I called Ashley on the phone, I said, look, this is

7   what I have been told, I need the girls to go down to CPT for a

8   medical exam.  I really believe I have to talk to them again,

9   and she agreed.

10  *Q.*  You used the acronym CPT, what does that stand for?

11  *A.*  Child protection team, they do forensic interviews and

12  forensic medical exams for children.

13  *Q.*  Did C. W. and H.W. have a medical exam?

14  *A.*  Yes.

15  *Q.*  Was the it CPT team able to do an internal physical exam on

16  either one of the girls?

17  *A.*  They do not.  They would not do an internal exam on them

18  because of their ages.

19  *Q.*  Okay.

20           *MR. KILLINGER:*  May I approach the witness, Your

21  Honor?

22           *THE COURT:*  Yes.

23           *MR. KILLINGER:*  I am going to show you Government

24  Exhibit Number 1.

25           *THE COURT:*  Do you have an exhibit list?

1          *MR. KILLINGER:*  We are working on one, Your Honor, we

2     will have one by the end of the day.  We are also going out of

3     turn on this witness.

4          *THE COURT:*  So, what is Government Exhibit 1?

5          *MR. KILLINGER:*  Government Exhibit 1 -- if it is all

6     right, I will have the witness tell you what that is.

7     *BY MR. KILLINGER:*

8     *Q.*  Do you recognize that exhibit?

9     *A.*  I do.

10    *Q.*  Can you tell the Court what that exhibit is?

11    *A.*  This is a letter that C.W. wrote after I spoke with Ashley

12    about the information that I was given.  Ashley, in turn, sat

13    with the girls and asked them again, you know, is there

14    anything you need to tell me?

15       H.W. disclosed to her that she had been inappropriately

16    touched by Michael and C.W. wrote down he did the same things

17    to me.

18         *MR. KILLINGER:*  Can you read it into the record so the

19    Court Reporter has verbatim what it says?

20         *THE COURT:*  This is a letter from C.W.  Is there any

21    objection to its admissibility?

22         *MR. PEACOCK:*  Your Honor, I don't exactly understand.

23    The letter was written for this witness, it was written at

24    another time.  I would like that clarified.

25

1    *BY MR. KILLINGER:*

2    *Q.*  Let me ask you other questions.

3    Where did you receive that note from?

4    *A.*  This letter was given to me by Ashley, written on 9/25,

5    after Ashley had a discussion with C.W. and H.W. of the

6    information that I had given her.

7    She asked the girls some additional questions, and H.W.

8    then disclosed abuse.

9    *Q.*  So, there are two notations on the bottom of Exhibit 1.

10    Whose handwriting is that?

11    *A.*  Mine.

12    *Q.*  That is your handwriting?

13    *A.*  Correct.

14    *Q.*  You received this note from Ashley?

15    *A.*  From Ashley, yes.

16    *Q.*  And the note is from whom?

17    *A.*  C.W.

18    *Q.*  C.W.

19    Whose handwriting, if you know, is the note, the subject of

20    the note?

21    *A.*  That is C. W.'s handwriting.

22    *Q.*  That is C. W.'s handwriting?

23    *A.*  Yes.

24    *Q.*  She had written some things out for you later on?

25    *A.*  Correct.

1              MR. KILLINGER:  I introduce this into evidence at this

2     time.

3              THE COURT:  Any objection?

4              MR. PEACOCK:  May I have a quick question of the

5     witness, Your Honor?

6              THE COURT:  Yes.

7     BY MR. PEACOCK:

8     Q.  Ma'am, you said the writing is C.W.'s?

9     A.  Correct.

10    Q.  Is all the writing C.W.'s?

11    A.  No.

12    Q.  There is more writing than just C. W.'s on there?

13    A.  Mine.

14    Q.  Is that your writing at the bottom of the document?

15    A.  Correct.

16             MR. PEACOCK:  Thank you.

17             No objection, Your Honor.

18             THE COURT:  It is admitted without objection.

19         (Whereupon Government Exhibit 1 was marked for evidence.)

20    BY MR. KILLINGER:

21    Q.  Can you read verbatim what the note says?

22    A.  "He did the same things to me like he did to H.W., except

23    take pictures, and I didn't see anything on his phone or

24    computer."

25    Q.  Okay.

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. KILLINGER:  Your Honor, would you like to see
 2    this?
 3              THE COURT:  Okay.
 4    BY MR. KILLINGER:
 5    Q.  All right.  So, let's talk --
 6              THE COURT:  So, in this admission of this exhibit, the
 7    names of the girls need to be redacted.  The Government will
 8    take care of that?
 9              MR. KILLINGER:  Yes, I will.
10              MR. PEACOCK:  Your Honor, I would ask this type of
11    exhibit be sealed.
12              THE COURT:  Any objection to it being sealed?
13              MR. KILLINGER:  No, that will take care of that.
14              I was going to request that once I got them all into
15    evidence.
16              THE COURT:  This exhibit will be sealed.
17              Are you going to have every exhibit sealed or take it
18    exhibit by exhibit?
19              You can take it exhibit by exhibit.
20              For the record, this one is sealed.
21    BY MR. KILLINGER:
22    Q.  Okay.
23        So, let's direct our attention to the 29th of September,
24    and you conducted another interview of C.W.?
25    A.  Correct.
```

1  *Q.*  Was that in the same place under the same circumstances?

2  *A.*  It was at the police department in the same interview room,

3  correct.

4  *Q.*  At that time, what did C. W. disclose to you?

5  *A.*  Well, during this interview she was very uncomfortable

6  still, so I had an idea that it was going to be a little

7  difficult to, you know, get her to speak.

8  So, at that interview I introduced the notepad of paper and

9  asked her -- because she just didn't want to verbalize, she

10  didn't want to speak those words, she felt comfortable

11  handwriting things and drawing pictures.

12  I introduced the dolls into my interview to make things

13  easier.  We used a combination of several different techniques

14  during the course of the interview with her.

15  And she also -- I was told ahead of time that the girls had

16  gotten -- that their aunt bought them puppies, therapy puppies,

17  and I urged the girls to bring the puppies with them, and they

18  did.

19  There were a lot of different techniques I chose to use

20  during those interviews.

21  *Q.*  Okay.

22  And what -- tell the Court what types of things C.W.

23  disclosed to you regarding Michael Harding.

24  *A.*  She disclosed that -- I will refer back to my notes, there

25  were several different things, if you don't mind.

1    That she would be in the living room and that he would take

2    his clothes off and he would sit on the couch with a blanket

3    over him.

4    The reason why she didn't say anything is she thought she

5    was going to be in trouble and her dad told her not to say

6    anything.

7    He would put his hand on his penis and move it around.

8    I asked her, I said, did anything ever happen with his

9    penis, and she said she wasn't paying attention.

10    I said, did he ever have a towel?  Oh, he had tissues all

11    the time.  And I said, why would he need tissues?  And she

12    said, to wipe himself off.  And I said, do you know what he was

13    wiping off?  No.  Do you know what color it was?  And she said

14    clear.  I said, what did he do with the tissues?  He put it in

15    the garbage can in the kitchen after.

16    And she indicated he had touched her on her breasts and on

17    her butt, and that he would have her take her clothes off, and

18    she was able to use a doll to show me how she was positioned

19    during digital penetration, and he digitally penetrated --

20    Q.  Did C. W. tell you Michael Harding digitally --

21    A.  Yes, vaginally and anally.  She drew -- showed me on the

22    doll.

23    I asked her, and she did put her mouth on the penis, and I

24    asked her if anything came out of the penis, and she said yes.

25    I said, where did it go?  And she said on his leg.

1    I asked her how many times he put his penis inside of her

2  butt, and she said -- I am sorry, his penis inside of her

3  privates, and she said a few times.

4    And I said, what did that feel like?  She said it hurt.  I

5  said, did he put it all the way inside or just a little bit?

6  And she said just a little bit.

7    And I asked her if she ever put her hand on his penis, and

8  she said yes.  I said, well, what did you do?  And she said

9  that he would have her move her hand around.  And I said, well,

10  did anything come out?  And she said yes.  And I said, where

11  did it go?  And she said on my hand.

12    She indicated to me that he had penetrated her anally with

13  his fingers.

14    And that pretty much covers it.

15  Q.  Was she able to break down the number -- did you ask her

16  about the number of times it happened?

17  A.  Well, remember, this was an ongoing thing.

18  Q.  Right.

19  A.  So, she was not able to give me specific times, specific,

20  you know, amounts of times that, you know, all of these things

21  happened.  She knows what happened, she just, you know --

22  Q.  Right.  During the course of the interview, did you ask her

23  for any kind of a range?  Did it happen more than once, a few

24  times?

25  A.  She would say a few times.

1    *Q.*  A few times?

2    *A.*  Uh-hum.

3    *Q.*  Now, you said during the 9/29 interview, that C.W. actually

4    did write notes down.  She wrote answers down?

5    *A.*  She did.

6    *Q.*  And she also drew?

7    *A.*  Correct.

8    *Q.*  Let me show you -- Detective, I am going to show you

9    several exhibits, Exhibits 2 through 6, I believe.

10        As you are going through there, when you got to interview

11   H.W. on the 29th, did she also resort to drawing pictures and

12   writing things down?

13   *A.*  She did.

14   *Q.*  Would you go through the exhibits and separate the ones

15   C.W. wrote or drew and the ones H.W. wrote or drew.

16   *A.*  This is C.W., and the rest is H.W.

17   *Q.*  So Exhibit 2, is that C.W.?

18   *A.*  Right.

19   *Q.*  There are notations, a date, and other notations up here.

20   What do they indicate?

21   *A.*  That is my handwriting, I wrote her name on the top, the

22   date, and it says on with the time and off with the time.  That

23   is when I turned the video on and turned it off.

24        *MR. KILLINGER:*  Your Honor, I would seek to admit

25   Government Exhibit 2 at this time.

```
 1              THE COURT:  Any objection?

 2              MR. PEACOCK:  We don't contest admission, we ask it be

 3      sealed.

 4              THE COURT:  Okay, Exhibit 2, C. W.'s handwriting, is

 5      admitted without objection.

 6              And you mentioned 2 through 6.  No objection to 3, 4,

 7      5, 6 from the Defense?

 8              MR. PEACOCK:  Yes, ma'am.

 9              THE COURT:  All sealed.

10              MR. KILLINGER:  Yes.

11              THE COURT:  Government Exhibits 3 through 6 are also

12      admitted without objection to be sealed.

13          (Whereupon Government Exhibits 2-6 were marked for

14          evidence.)

15              MR. KILLINGER:  Your Honor, if you want, I will pass

16      these up.

17              THE COURT:  Are you going to ask the witness about

18      them?

19              MR. KILLINGER:  I don't think so.

20              THE COURT:  Okay.  You mentioned Government Exhibit 2

21      was C. W.'s handwriting, and the others were H. W.'s

22      handwriting?

23              THE WITNESS:  Yes.

24              THE COURT:  Okay.

25
```

1    *BY MR. KILLINGER:*

2    Q.  So, let's talk about the interview on the 29th of September

3    of H.W.

4        What did H.W. disclose to you as far as anything that

5    Michael Harding had done to her?

6    A.  She actually was able to describe three separate kind of

7    incidents.

8        The first one she told me about happened in a tent when she

9    was spending the night in the yard with Michael.

10   Q.  In the what?

11   A.  In the yard, in a tent.

12   Q.  In a tent in their yard?

13   A.  Yes.

14   Q.  Okay.

15       What did she tell you happened in that tent?

16   A.  Well, in that she was drawing a picture.  I will articulate

17   what she told me.

18       She said when they were inside Michael took all of his

19   clothes off.  She said, I saw him naked, and she said she was

20   scared.  He took her clothes off of her and she basically said

21   she didn't understand what was going on, and at one point he

22   told her to lay down or he was going to smack her.  So she laid

23   down on the little sleeping bag, blanket that they had.

24       She said that he had touched her body.  And I said where?

25   At that point she got upset and she didn't want to -- like she

1  was kind of shutting down.

2  Q.  Right.

3  A.  So I asked her, at that point, you know, to start drawing a

4  picture.

5     She said that Michael went out of the tent and came back

6  with a screwdriver, a hammer and a silver knife that they used

7  for -- to cut vegetables with.

8     And I said, well, what did he need that for?  And she says,

9  well, he told me that he was going to check my heart, and took

10  the hammer and was pounding it on her chest and it hurt her

11  chest.

12     And I said, well, did he say anything?  She said he told me

13  it was for my safety.

14     And she went on to tell me that he had inserted the plastic

15  portion of a screwdriver, the handle portion, into her vaginal

16  area and her butt.

17  Q.  Was she able to describe for you what kind of screwdriver,

18  color, anything like that?

19  A.  I told her, I said, well, you know, there are different

20  screwdrivers, and I drew her a picture of a flat head and I

21  told her it is a star trip.  I asked her to circle which is

22  more like the one you are talking about, and she circled the

23  flat head screwdriver.

24  Q.  Okay.

25  A.  She also said he took pictures of her while they were in

1    the tent and told her that he was going to show Ashley.  And I

2    think she drew like several pictures of that.  I think two of

3    those pages are of that incident.  She said she remembered

4    having a strawberry dress on, and that she was very scared.

5    Q.  Now, was that the first time that you had learned from H.W.

6    that something -- that an instrument, a screwdriver, had been

7    used on her?

8    A.  Correct.

9    Q.  Okay.

10       So, after the interview, did you take any steps to try to

11   find that screwdriver?

12   A.  Um-m-m, well, yes, but Ashley had moved immediately out of

13   the house and went to live with her mom, and a lot of those

14   items had been packed up.

15       Ashley had called me and let me know that her mom had

16   located -- they were just putting things away, where do you

17   want this, where do you want that.

18   Q.  I will cut you off there.  We have other testimony for

19   that.

20       Did you go to the -- did you go to the marital home where

21   the incidents occurred to look for the knife or screwdriver?

22   A.  I did.  I did.

23       I took some photographs, but nothing -- nothing that I

24   thought could have been, you know, what was used.

25   Q.  Okay.

1    On that day you didn't collect any evidence, you didn't

2  collect a knife, a screwdriver?

3  *A.*  No.

4  *Q.*  At some point later -- was that the same day, was that the

5  same day, on the 29th --

6  *A.*  Yes.

7  *Q.*  -- as the interviews?  Okay.

8    At some time after that were you notified about an incident

9  involving a screwdriver?

10  *A.*  Yes.

11  *Q.*  And did Ashley bring to you a screwdriver?

12  *A.*  Correct.

13  *Q.*  Okay.

14    What did you do when Ashley brought that screwdriver to

15  you?

16  *A.*  Put it into evidence.

17  *Q.*  And did you submit that for any kind of DNA testing?

18  *A.*  Yes, as well as other items, yes.

19  *Q.*  Okay.

20      *MR. KILLINGER:*  May I have one moment, Your Honor?

21      *THE COURT:*  Yes.

22  *BY MR. KILLINGER:*

23  *Q.*  Other than the screwdriver that you submitted for DNA

24  testing, did Ashley bring you any other items that you

25  eventually submitted to have DNA testing?

1   *A.*   Yes.

2   *Q.*   What were those?

3   *A.*   There were two small vibrators and a butt plug.

4            *MR. KILLINGER:*  No further questions, Your Honor.

5            *THE COURT:*  Any cross-examination?

6            *MR. PEACOCK:*  Just one minute, Judge.

7            *THE COURT:*  Okay.

8            *MR. PEACOCK:*  I have a few questions, Your Honor.

9                        **CROSS-EXAMINATION**

10  *BY MR. PEACOCK:*

11  *Q.*   Is it detective or officer?

12  *A.*   Correct, detective.

13  *Q.*   Detective.  Good morning, Detective LaGrega.

14  *A.*   Good morning.

15  *Q.*   How long have you been a sex crimes investigator?

16  *A.*   I have been a person's detective for approximately 11 years

17  of my career.

18  *Q.*   Did you say a person's detective?

19  *A.*   Correct.

20  *Q.*   What does that mean?

21  *A.*   A person's detective handles any cases that come into the

22  office concerning people, robberies, homicides, death

23  investigations, sex batteries, those types of cases.

24  *Q.*   Okay.

25          So, not just sex crimes, but sex crimes is included in your

1    work?

2    *A.*   Correct.

3    *Q.*   Okay.

4        How long have you been a person's investigator, for 11

5    years?

6    *A.*   11 to 12 years of my career, yes.

7    *Q.*   Now, have you had any technical training in sex crimes

8    investigation?

9    *A.*   I had several classes throughout the years.

10   *Q.*   And for instance, when was the last one?

11   *A.*   I believe the last one was just a year ago.

12   *Q.*   And what was the topic of that course?

13   *A.*   That was interviewing children.

14   *Q.*   Okay.

15       How long was the course?

16   *A.*   I believe it was a day.

17   *Q.*   And where was that taught?

18   *A.*   I don't remember.  I don't remember where it was.

19   *Q.*   Do you get training, is it fair to say, on an annual basis?

20   *A.*   Annually we try to send the detectives to an actual class,

21   whether it be a one day, two day, three days.  It could be a

22   week.

23       However, we do a lot of training online as well with the

24   National Center for Children.  They have a lot of webinars and

25   really great training opportunities.

Pauline A. Stipes, Official Federal Reporter

1    Q.  Okay.

2         Now, were you the only detective on this particular case or

3    were there other detectives involved in the investigation?

4    A.  I'm the one that conducted all the interviews of the girls.

5    There may have been somebody that helped out along the way, but

6    primarily I handled the entire case.

7    Q.  Are you in charge of the case for Port St. Lucie Police

8    Department?

9    A.  Correct.

10   Q.  I know you indicated that you interviewed C.W. and H.W. on

11   the 22nd of September.

12        Is that the same day you got involved in the case?

13   A.  Yes.

14   Q.  Now, when you interviewed C.W. and H.W. on the 22nd of

15   September, was anyone with you?

16   A.  I don't remember whether Ashley was there or not.  I don't

17   remember.

18        My focus -- when I am talking to the girls, I don't pay

19   attention to anybody else that may be there.  I really focus in

20   on dealing one-on-one with the child.

21   Q.  Okay.

22        In your training -- and you just said you went to a course

23   on interviewing child victims?

24   A.  Uh-hum.

25   Q.  Is there a certain protocol that you are supposed to use

1    when you interview a child of nine years old?

2    A.  Not a particular protocol, each case is very, very

3    different.  It sort of takes on a life of its own.  You really

4    let the child, you know, kind of drive where the interview is

5    going to go.

6    Q.  Okay.

7        Now, for instance, when you do that, are you supposed to

8    contact Child Protective Services?

9    A.  No.

10   Q.  No?

11   A.  No.  I don't have to do that.

12   Q.  All right.  In your experience and in your training, is it

13   appropriate to interview the child by yourself?

14   A.  Absolutely.

15   Q.  Okay.

16       Now, you recorded that interview on September 22nd,

17   correct?

18   A.  I record all of my interviews that I do with the girls.

19   Q.  Does that extend -- I know you said all.  I want to be

20   clear, does that mean the one on the 29th of September as well?

21   A.  Correct.

22   Q.  Would it be both video and audio?

23   A.  Yes, it would be.

24   Q.  Did you record your conversations with Ashley Harding?

25   A.  I believe I recorded -- no, I don't think I did.  No.

1   Q.  What do you do, take notes in that situation?

2   A.  I do.  Uh-hum.

3   Q.  All right.  Are there any -- we have seen the documents

4   admitted into evidence.  Are there any other documents brought

5   to you during your investigation which we haven't seen today?

6   A.  No.

7   Q.  In the interview on the 22nd, is it accurate to say that

8   C.W. denied any sexual contact?

9   A.  Correct.

10  Q.  Now, did you have a chance to talk to Ashley Harding after

11  that interview?

12  A.  Yes.

13  Q.  Okay.

14      Did you give her any instructions on, you know, what to

15  watch for or what to make note of from that time on?

16  A.  No, not specifically.

17  Q.  Did you give her any advice on how to handle the situation?

18  A.  I told her that I would not keep bringing it up and if the

19  girls, you know, said something or whatever, please give me a

20  call.

21      Nothing, nothing specific.

22  Q.  Okay.

23      And did Ashley give you a call after the 22nd along those

24  same lines?

25  A.  Yes.

40

1    Q.  Okay.

2        When was that, do you know?

3    A.  I do, I have it in my notes, actually.

4        Well, she actually called me a couple of times.

5        I had not really had any contact with her after the

6    interviews, so a couple of days later I got the information

7    from Brian Rey, Agent Rey, and I called her.

8    Q.  Okay.

9    A.  And I said this is the information I have, I really think

10   it would be beneficial to send the girls to CPT.  How do you

11   feel about that?

12       So, we spoke of that, and on the 26th, she called about the

13   vibrators and the butt plug and said, this is what we found, do

14   you want it?  What should I do?

15       So, I took that into evidence, and then on the 28th, H.W.

16   disclosed to Ashley some of the things that happened in the

17   tent.

18   Q.  Right.

19   A.  So she called me about that, and then we set up interviews

20   with the girls.

21       So, I had spoken to her several times over a few different

22   matters.

23   Q.  Now, do you know when the girls went to CPT?

24   A.  No.  No.  Not off the top of my head, I don't know the

25   exact date, but it was very close in that time frame.

1    *Q.*  You do know that they went?

2    *A.*  Yes, they did.

3    *Q.*  And soon thereafter?

4    *A.*  Correct.

5    *Q.*  Now, you said CPT did not do a medical exam?

6    *A.*  They did a medical exam, however, because of their ages,

7    they will not do an internal exam, like they won't use a

8    speculum to insert in their vaginal area just because how young

9    they are.

10        They will do an exterior exam, which is what they did.

11   *Q.*  Did you receive the results of that exterior exam?

12   *A.*  I believe I did, and I believe I also submitted that into

13   evidence.

14   *Q.*  Was there anything remarkable to your recollection?

15   *A.*  Nothing remarkable, no.  Nothing that I can remember.

16   *Q.*  Now, did the CPT folks, did they interview H.W. and C.W.?

17   *A.*  They spoke with them, I believe, yes.

18   *Q.*  Do you know whether they spoke with them about the alleged

19   incident or incidents?

20   *A.*  I would have to review that report.  I don't recall what

21   they asked them.

22   *Q.*  Do you have that report with you today?

23   *A.*  No.

24   *Q.*  Their interview would be important, correct?  Let me

25   withdraw that.

1    *A.* To me?

2    *Q.* Let me withdraw that for a second.

3    Are these experienced sex crime interviewers?

4    *A.* I don't know what their training is.

5    *Q.* Okay.  I don't either, that is why I am trying to find out.

6    What do you know about them?

7    *A.* I know that we work with the Department of Children and

8    Family Services.

9    I know that many detectives send children there to be

10   interviewed and/or medically examined.  I personally have not

11   had the best experience.  I think that they are a little

12   lacking as far as their interviewing skills.

13   I do send children there because it is a better facility

14   for an exam other than sending them to the emergency room.

15   However, after reviewing many interviews they have done with

16   children I sent there, I am not really impressed.

17   *Q.* Okay.  That is very diplomatic.

18   So, the CPT is a branch of Children and Family Services?

19   *A.* Correct.

20   *Q.* Okay.

21   Do you think you probably have their report somewhere?

22   *A.* I do.

23   *Q.* All right.  Do you know if they make any conclusion about

24   what happened?

25   *A.* They will generally -- when a child is sent to them in

1      reference to a sexual allegation, they will generally find

2      positive findings for sexual abuse based on -- whether it be

3      the child's statement or medical exam, other evidence, a

4      combination of all.

5      Q.   Okay.

6           Now, your interview on September 29th, where did that take

7      place?

8      A.   At the police department, the same interview room.

9      Q.   The one with the couch, sofa?

10     A.   Correct.

11     Q.   And do you know if anybody else was present for that

12     interview?

13     A.   I know Ashley was there for H. W.'s and I want to say for

14     C. W.'s as well.

15     Q.   Okay.

16          Anybody else from your agency?

17     A.   Not that I -- no, not that I can remember.

18     Q.   The exhibits 1 through 6 that are admitted -- you can look

19     at them if you need to -- did you obtain those on the 29th.

20     A.   The one from C.W., Exhibit 1 --

21     Q.   Uh-hum.

22     A.   -- was earlier on.  That was early on.

23     Q.   Okay.

24     A.   Exhibit number 2 from C.W., that one was obtained during

25     her interview on the 29th.

1   *Q.*  On the 29th, okay.

2   *A.*  Exhibits 3, 4, 5 and 6 were done by H.W. and that was also

3   all done on the 29th, during her interview.

4   *Q.*  So, 2 through 6 were done on the 29th?

5   *A.*  Correct.

6   *Q.*  Were there any other drawings or writings done on the 29th

7   that you don't have in front of you there?

8   *A.*  No.

9   *Q.*  Okay.

10       Now, just to be clear, on the 29th, is that when H.W. would

11  have told you about the experience in the tent?

12  *A.*  Correct.

13  *Q.*  Okay.

14       After that, when you went to the Harding household to look

15  for the knife and screwdriver, was the house still intact, was

16  it still orderly and lived in?

17  *A.*  No.

18  *Q.*  What kind of condition was it in when you went to search?

19  Were the household items still in the house?

20  *A.*  Some of them were, some were not.

21  *Q.*  I assume you would look in the garage if you were looking

22  for a screwdriver, correct?

23  *A.*  I did -- yes, I went through the entire house with Ashley.

24  *Q.*  Kitchen?

25  *A.*  Uh-hum.  Yes.

Pauline A. Stipes, Official Federal Reporter

1   *Q.*  Did you see knives?

2   *A.*  Yes.

3   *Q.*  Did you see screwdrivers?

4   *A.*  No, no screwdrivers, just the knives that were in the

5   kitchen.

6   *Q.*  Nothing remarkable?

7   *A.*  No.  She pointed out that the one -- the knives there that

8   were on the counter and in the drawer there were the ones that

9   they used on a daily basis.  So I took pictures of them, but I

10   didn't -- obviously, I didn't have H.W. with me.

11   *Q.*  Okay.

12      That is my next question.  Did you ever take H.W. to the

13   house and ask her to help you look through those items?

14   *A.*  No.  I wouldn't do that.

15   *Q.*  Okay.

16         *MR. PEACOCK:*  May I have a minute, Your Honor?

17         *THE COURT:*  Yes.

18         (Pause).

19   *BY MR. PEACOCK:*

20   *Q.*  Were you able to determine when the episode in the tent

21   might have occurred?

22   *A.*  That was, um-m-m -- that was when -- right after the baby

23   was born.

24   *Q.*  When you say the baby, you mean the younger Hardy child?

25   *A.*  Yes, yes.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  Do you know when that was?

 2    A.  2014, I believe.

 3    Q.  Okay.  That is all right.

 4    A.  I can look real quick.  Hold on one second.

 5        She was born 3/11/15, so that would have been maybe a few

 6    months after that.

 7    Q.  Uh-hum.  Were you able to confirm any kind of an

 8    incident -- you know, a camping incident like that with Ashley

 9    or anybody else?

10    A.  Ashley said that, yes, he did spend the night with her in

11    the tent after the baby was born.

12    Q.  Do you know if anybody else was present?

13    A.  No.

14    Q.  You don't know or you don't think anybody else was?

15    A.  Present in the tent with them.

16    Q.  Yes.

17    A.  No, there was not.  It was the two of them.

18    Q.  Okay.

19        Did you have an opportunity to ask C.W. about that?

20    A.  She wasn't in the tent.

21    Q.  Whether she knew anything about that?

22    A.  No, I did not.

23            MR. PEACOCK:  Thank you, ma'am.

24            THE COURT:  Any redirect?

25            MR. KILLINGER:  No, Your Honor.
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  All right.  You may step down.

2              Who did the Government have in mind about the next

3    witness and what is your estimate of length on direct?

4              Just to clear one thing up, Mr. Killinger, I will give

5    you back the exhibits, so we keep the exhibits on the table

6    there until the proceeding is over today, and you can give them

7    back to me.

8              I do want to make a note, even though they are going

9    to be sealed, if you'd redact the names.

10          *MR. KILLINGER:*  Okay.

11          *THE COURT:*  So, that would mean you taking them with

12   you at the end and bringing them back when we continue.

13          *MR. KILLINGER:*  Right.

14          *THE COURT:*  Who do you think would be the next witness

15   and how much time?

16          *MR. FUNK:*  I could call Danitza Byrd.

17          *THE COURT:*  Okay, let's do that.

18          DANITZA BYRD, GOVERNMENT'S WITNESS, SWORN

19          *THE WITNESS:*  Danitza Byrd, D-A-N-I-T-Z-A, last name,

20   B-Y-R-D.

21                         **DIRECT EXAMINATION**

22   *BY MR. FUNK*:

23   *Q.*  Where do you work?

24   *A.*  I work for the Port St. Lucie Police Department, crime

25   scene unit.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  How long have you worked there?

2    *A.*  Two and a half years.

3    *Q.*  What are your responsibilities?

4    *A.*  I work as a crime scene investigator.

5    *Q.*  Have you been trained to take DNA swabs from individuals?

6    *A.*  Yes.

7    *Q.*  Where did you receive that training?

8    *A.*  I have gone to several certified training courses for crime

9    scene.

10   *Q.*  Were you involved in the investigation of the State versus

11   Michael Harding?

12   *A.*  Yes.

13   *Q.*  Were you contacted by Ms. LaGrega to take DNA swabs from

14   C.W. and H.W.?

15   *A.*  Yes.

16   *Q.*  Did you in fact do that?

17   *A.*  Yes, I did.

18        *MR. FUNK:*  Your Honor, I show the Defendant Exhibit 7

19   for identification purposes.

20        *THE COURT:*  Okay.

21        *MR. FUNK:*  May I approach the witness?

22        *THE COURT:*  Yes.

23   *BY MR. FUNK:*

24   *Q.*  I am showing you what is marked Government Exhibit 7.  Do

25   you recognize what that is?

1  *A.*  Yes, sir.

2  *Q.*  What is it?

3  *A.*  This is a DNA swab box that I collected.

4  *Q.*  From whom?

5  *A.*  From C.W.

6  *Q.*  How do you recognize that that is in fact the swabs that

7  you collected?

8  *A.*  My handwriting is on this box.

9  *Q.*  Where did that occur?

10  *A.*  At the Port St. Lucie Police Department in the interview

11  rooms.

12  *Q.*  Do you recall what date that occurred?

13  *A.*  September 29, 2015.

14  *Q.*  How did you know you were taking the swabs from C.W., the

15  identity of the individual?

16  *A.*  The detective was there and also the mother, and they

17  indicated which child was which.

18       *MR. FUNK:*  Your Honor, at this time I will move into

19  evidence Exhibit 7.

20       *THE COURT:*  Any objection?

21       *MR. PEACOCK:*  No objection, Your Honor.

22       *THE COURT:*  Okay.  Is that sealed?

23       *MR. FUNK:*  Yes, please, it does have the name of the

24  victim on it.

25       *THE COURT:*  The same as the others, the name should be

```
 1   redacted.  I will have it sealed.  It is admitted without

 2   objection, Government Exhibit 7.

 3         (Whereupon Government Exhibit 7 was marked for evidence.)

 4         MR. FUNK:  Thank you, no further questions.

 5         THE COURT:  Any cross?

 6         MR. PEACOCK:  No, ma'am.

 7         THE COURT:  So, you are thinking of beginning with

 8   Agent Rey, none of the others would be concluded in the time?

 9         No, okay.  So, why don't we begin with Special Agent

10   Rey and see how far we can go.

11         MR. FUNK:  Judge, what we might do, since it would

12   take time to set up and let you see the images, if we could go

13   ahead, I will begin with a general introduction, some of his

14   investigation, and the next time we will come in the courtroom

15   early to set up the audio-visual.

16         THE COURT:  Okay.

17         BRIAN REY, GOVERNMENT'S WITNESS, SWORN

18         THE WITNESS:  Brian Rey, R-E-Y, B-R-I-A-N.

19                    DIRECT EXAMINATION

20   BY MR. FUNK:

21   Q.  Where do you work?

22   A.  For the Department of Homeland Security, Homeland Security

23   Investigation, Ft. Pierce, Florida.

24   Q.  How many years have you worked there?

25   A.  Since the department was founded in 2003, before that,
```

1    Customs Special Agent.

2    *Q.*  What are your responsibilities now?

3    *A.*  Criminal investigations related to the homeland security

4    priorities and I am a computer examiner.

5    *Q.*  What is your job experience?

6    *A.*  Law enforcement career in the military, nine years as a

7    security policeman for the United States Air Force.  Upon

8    separation from the service, seven years as a deputy sheriff

9    for the Pasco County Sheriff's Office, and in 2001, a federal

10   law enforcement career.

11   *Q.*  How many years have you been a computer forensic examiner

12   investigating crimes against children?

13   *A.*  I have been investigating crimes against children since

14   2003, and got my computer forensic examination in 2010.

15   *Q.*  What does it mean to be a computer forensic examiner?

16          *MR. PEACOCK:*  We stipulate to Agent Rey's

17   qualifications as a forensic computer examiner.

18          *THE COURT:*  Okay.

19   *BY MR. FUNK*:

20   *Q.*  What was your role in the investigation of United States

21   versus Michael Harding?

22   *A.*  I was assigned a collateral investigation, it came into our

23   office in Wilmington.

24   *Q.*  After that came in, what course did you take in trying to

25   determine the location of the chat room?

1    *A.*   I issued subpoenas and ultimately issued search warrants.

2    *Q.*   Did you come into possession of different electronic

3    devices that Mr. Harding possessed?

4    *A.*   Yes.

5    *Q.*   Did you do a forensic examination of those electronic

6    devices?

7    *A.*   Yes.

8    *Q.*   Did you also participate in the search of Mr. Harding's

9    residence?

10   *A.*   Yes.

11   *Q.*   On the electronic devices in the possession of Mr.

12   Harding, were you able to find still images, videos and chat

13   messaging that referred to the exploitation of children?

14   *A.*   Yes.

15   *Q.*   During the search warrant of the house, was it discovered

16   that in a part of the house there was a gun that was in a case

17   along with sex toys?

18   *A.*   Yes.

19   *Q.*   Was there also a thumb drive that was contained within that

20   case?

21   *A.*   That is correct.

22   *Q.*   Is that one of the thumb drives you were authorized to take

23   pursuant to the warrant of the house?

24   *A.*   Yes, sir.

25            *MR. FUNK:*  Your Honor, I am going to show defense

1    counsel what is marked as exhibit -- apparently defense counsel

2    has been shown Exhibit Number 8.

3             May I approach the witness, Your Honor?

4             *THE COURT:*  Yes.

5    *BY MR. FUNK:*

6    *Q.*  Agent Rey, do you recognize what that is?

7    *A.*  Yes.

8    *Q.*  What is it?

9    *A.*  The photograph of the firearms case opened up and the

10   firearms, along with three sex toys and the thumb drive or USB

11   drive.

12   *Q.*  What did you later find on the USB drive?

13   *A.*  There were folders and files relating to Mr. Harding,

14   photos of Mr. Harding, pictures related to his work in law

15   enforcement, along with a collection of child pornography.

16   *Q.*  Of the things that are shown in the image, which did you

17   take into evidence?

18   *A.*  The thumb drive, USB drive, sorry.

19   *Q.*  What is the reason not to take into evidence the toys that

20   are within the gun case?

21   *A.*  At that point, I had no indication that they had been used

22   on a child, and that being the case, it would have been outside

23   the scope of the warrant.

24            *MR. FUNK:*  Your Honor, I move into evidence Exhibit 8.

25            *THE COURT:*  Any objection?

1              MR. PEACOCK:  Your Honor, we don't contest the

2    admission of that.

3              THE COURT:  Okay.  Are we agreeing that they are all

4    going to be sealed or taking it one by one?

5              MR. FUNK:  That one does not need to be sealed.

6              THE COURT:  Admitted without objection, not sealed.

7              Did you say it included a picture of the gun as well,

8    the gun was in the case?

9              MR. FUNK:  Yes, ma'am.

10             MR. PEACOCK:  Judge, may we approach?

11             THE COURT:  It is hard.  Do you need a sidebar?

12             MR. PEACOCK:  Yes, ma'am.

13             THE COURT:  Does it need to be done right now?

14             MR. PEACOCK:  It needs to be, in sealing these

15   documents at some point.

16             THE COURT:  Is it your position it needs to be sealed?

17             MR. PEACOCK:  It is.

18             THE COURT:  Any objection from the Government?

19             MR. FUNK:  No objection.

20             THE COURT:  Are we going to have all exhibits sealed?

21             MR. FUNK:  The Government will agree.

22             MR. PEACOCK:  That is a good idea.

23             MR. KILLINGER:  I will prepare a motion and order

24   today.

25             THE COURT:  I will repeat this, sealed on an ongoing

1    basis, all exhibits are sealed, the names need to be redacted.

2          (Whereupon Government Exhibit 8 was marked for evidence.)

3    *BY MR. FUNK*:

4    *Q.*  When -- what were the devices that you did your examination

5    of?

6    *A.*  There are a number of devices that were examined.  The ones

7    that particularly had relative findings on them was the PNY USB

8    drive, the one depicted in 8, an LG 800 cell phone, a Samsung

9    cell phone and a MacBook laptop computer.

10   *Q.*  On the analysis of the LG 800 phone, did you find chat

11   messages?

12   *A.*  I did.  And in that list, there was also a Lexar USB drive

13   that was relevant.

14        Yes, I did recover chat messages from the LG 800.

15   *Q.*  And the Court is in possession of a chat message sealed

16   with the Court.

17        Could you explain how it was they were downloaded, what the

18   format is, and what each line represents that is included in

19   the printout?

20   *A.*  The printouts presented to you, that I understand were

21   given to the Court, are a conversation view that is generated

22   by my forensics software.  Those chats were deleted, so they

23   may not be all inclusive.

24        It looks like some of them, there was information before

25   the chats began, but you can see from the time stamps and the

1    conversation itself that the record is substantially complete

2    at the point where the chats were occurring.

3        THE COURT:  I'm sorry, can you -- when they are

4    redacted portions -- when there are redacted portions, what is

5    the purpose of the redacted portions?

6        THE WITNESS:  The redacted portions are screen names

7    relative to third parties and investigations ongoing relative

8    to those third parties.

9        THE COURT:  How does one indicate who the speakers

10   are; is there another way other than context?

11       THE WITNESS:  The redacted portions?

12       THE COURT:  No, non-redacted, as to who is speaking.

13       THE WITNESS:  Yes, the local user of the phone, there

14   is no identifier related with that particular chat box.

15       You will see in messages that are generated by a third

16   party communicating with the holder of the cell phone there is

17   identification information, that is redacted.  When you are

18   looking at the chat, a redacted third party, the sections that

19   have no redactions are from Mr. Harding.

20   BY MR. FUNK:

21   Q.  Can you explain to the Judge why there are entries that

22   contain no text messaging?

23   A.  The text messaging, the software is not able to recover

24   images that were going back and forth during the chat.  You see

25   some indications where there is just a box with no text, and

1    that is an image or video going back and forth between the

2    parties.

3        That is supported by the context of the conversations.

4            THE COURT:  You are saying every chat message is from

5    Mr. Harding, there are not chat messages from anyone else, even

6    though it is revealed in the printout?

7            THE WITNESS:  I don't understand that question, ma'am.

8            THE COURT:  I can't point to particular lines, and the

9    computer is acting funny now.

10           MR. FUNK:  I do have a copy I submitted to the Court,

11   maybe --

12           THE COURT:  My question was whether every single entry

13   is a message coming from Mr. Harding or whether some of the

14   entries are from another person.

15           THE WITNESS:  There are entries from the other person.

16   The other person's identity or user name was redacted.

17           THE COURT:  That is how I understood it.  Okay.

18   BY MR. FUNK:

19   Q.  You mentioned earlier, Agent Rey, that the software that

20   you have does not capture the image that was transferred, but

21   in this case, were you able to locate in the other media you

22   collected the images that you believe were transmitted in

23   certain portions of the chat messaging?

24   A.  There are some images I was able to obtain and correlate

25   between messages at the same time, yes, sir.

1 Q. What images were those?

2 A. There were images of C.W. transmitted during the chats.

3 Q. Which images were those and what part of the chats?

4 A. There was one in a Skype portion of the chat that is an

5 image that was modified from its original image to include just

6 kind of a side-view of C.W.  The text around the portion of

7 that particular transmission was something to the effect -- I

8 don't have the chat message in front of me, but something to

9 the effect of that is my elbow and her sweet ass, something

10 along those lines.

11 Q. Were you able to find within the media possessed by Mr.

12 Harding the full image of what had been cropped and sent to

13 this other person?

14 A. Yes.

15 Q. And which of the children did that show?

16 A. C.W.

17 Q. Was there an additional image of C.W. sent to a person as

18 part of the chat?

19 A. Yes, sir.

20 Q. And was that related to the enticement charge?

21 A. Yes.

22 Q. What was the additional image sent?

23 A. An image of C.W. standing in a living room type of

24 environment.

25 Q. Is that photograph redacted in any manner?

1    *A.*  No, sir.

2    *Q.*  In the chat messages, there are some references to -- there

3    are references to mastodon.  Would you explain what mastodon is

4    referring to?

5    *A.*  There is a particular series of child exploitation material

6    entitled April blond series.

7        In many of the videos they have a, for lack of a better

8    word, production value to them, they were produced for the

9    purpose of entertaining others.

10       There are credits at the end usually that identify the

11   child in the video as April and the offender as mastodon.

12   *Q.*  Are there also other series recognized by people who

13   communicate regarding child pornography?

14   *A.*  By offenders communicating between themselves?

15   *Q.*  Correct.

16   *A.*  That is not uncommon, yes.

17   *Q.*  What are some of the others you recall being mentioned and

18   you saw in the images that are collected?

19   *A.*  There was the Tara series, it was, I believe, referred to.

20       There was another -- I don't recall the specific series

21   that they -- there is a lot of chat.

22       What the Court has is a small portion of everything I

23   recovered.

24       There was a lot of conversation back and forth regarding

25   child exploitation material.

```
 1                  THE COURT:  Over what period of time?
 2                  THE WITNESS:  The earliest chat record that I was able
 3      to recover related to Kik was March 25, 2015.
 4                  THE COURT:  And through what time?
 5                  THE WITNESS:  Up until a couple of days before the
 6      Defendant was taken into custody.
 7                  THE COURT:  And that date was?
 8                  THE WITNESS:  September 22, 2015.
 9                  THE COURT:  Okay.
10      BY MR. FUNK:
11      Q.  You mentioned the Court is not in possession of all of the
12      chats.
13          What do you mean by that?
14      A.  I bookmarked in the records that I recovered from the LG
15      800 cell phone in excess of 70 separate communications related
16      to child exploitation, and I believe a small number was
17      provided to the Court.
18          By that I mean 76 -- over 70 exploitations.
19                  THE COURT:  What is a conversation?
20                  THE WITNESS:  Two people communicating, in some
21      instances a short period of time, and in other cases, pages.
22                  THE COURT:  In the period of 3/25 to 9/22, there were
23      about 70?
24                  THE WITNESS:  Over 70.
25                  THE COURT:  What was filed, what does that represent,
```

1    approximately how many, if you know?

2              THE WITNESS:  I don't know exactly the exhibits that

3    were filed.

4              THE COURT:  Does counsel know personally how many --

5              MR. FUNK:  I hate to speculate which ones they there

6    are, but by the next court hearing we will have the exact

7    number for you.

8              THE COURT:  Okay.

9    BY MR. FUNK:

10   Q.  Were the images sent to NCSEC Mike?

11   A.  Yes, they were.

12   Q.  Would you explain what NCSEC is?

13   A.  The National Center for Sexually Exploited Children.

14       They review images of child exploitation sent to them that

15   have been previously identified by law enforcement, victims

16   identified, and serve as a central repository for child

17   exploitation information coming in to further identify victims

18   of abuse.

19   Q.  Were they able to identify the images that you submitted?

20   A.  The ones I submitted, 94 series, were previously identified

21   by law enforcement.

22   Q.  What does that 94 series represent?

23   A.  94 separate -- a series is a group of images or videos

24   linked by an offender or victim or location.

25       So, when we say 94 separate series, that means generally 94

Pauline A. Stipes, Official Federal Reporter

1    separate victims, 94 separate offenders, and however much

2    content they produce, it could be a handful of images up to

3    thousands in each series.

4           THE COURT:  You are saying everything you submitted to

5    the center -- the center identified of everything you submitted

6    94 separate victims and 94 separate offenders?

7           THE WITNESS:  Yes.  I do not want to limit that to 94

8    victims, many series contain many victims, a group of children,

9    but 94 separate series previously identified, yes.

10          THE COURT:  Some you submitted they didn't identify,

11   in other words, didn't match up with what they had in their --

12          THE WITNESS:  That is correct.  There are some that

13   are a known series, previously collected -- by known series,

14   they have seen it before, the series was identified, but the

15   victim has not, and those are ongoing investigations.

16   BY MR. FUNK:

17   Q.  Of the pornography that was on the electronic devices of

18   the Defendant, what percentage would you say was child

19   pornography and what otherwise would constitute adult

20   pornography that the Defendant was in possession of?

21   A.  After being asked to quantify that by the Government, I

22   went back and reviewed some of my previous findings, and from

23   what I have been able to ascertain, it looks like over 95

24   percent of the material would be child exploitation material.

25          The majority of the adult pornography that I observed, that

1    was produced by the Defendant.

2    Q.  Now, going back to the number of 94 separate victims and

3    offenders, from how many different countries from around the

4    world were those images produced?

5    A.  What I sent through the NCSEC, 20 different countries

6    including the United States.

7    Q.  Were victims' statements contained for some of those

8    individuals depicted in the images?

9    A.  Yes, not by me.  They are on file with the Department of

10   Justice.

11   Q.  And so the Court is aware, we'll submit a sealed exhibit

12   with those statements.

13      Were you able to tell how long the images had been on some

14   of these devices?

15   A.  There are date and time stamps associated with -- I believe

16   on the images that were recovered in this case, and the

17   earliest date time stamp was March 6, 2008.

18   Q.  And how do you come -- what is the significance of that

19   date and how do you come to the conclusion that is the earliest

20   that the child pornography had been downloaded?

21   A.  Date time stamps are kept as a matter of course by

22   operating systems, whether it is Windows, Macintosh or whatnot.

23      Dates and times are tracked by the operating system so the

24   operating system can -- if, for example, you search for a trial

25   on a particular date or time, they can find it.

1     There are several times and dates associated with files.

2  Standard ones are the last time the file was written and the

3  creation time.

4     The creation time is what I am using in this particular

5  instance, the time the file was first created on that drive,

6  and the earliest one I had I said was from 2008.

7     And there were other videos, images that covered the time

8  frame from 2008 up until the seizure occurred.

9  Q.  What are the other names of chat rooms the Defendant

10  visited?

11  A.  I identified in my report several other chat rooms beyond

12  the one that our office in Wilmington encountered him in.

13     I don't have that exhibit in front of me, or that report in

14  front of me to give you the actual names.

15  Q.  Okay.

16     Had you had contact with C.W. during the course of your

17  investigation?

18  A.  The day we executed the search warrant, yes, sir.

19  Q.  Did you search the media in the possession of the Defendant

20  to see whether or not there was an image of C.W. on any of it?

21  A.  Yes.

22  Q.  Were you able to find an image of C.W.?

23  A.  Yes.

24  Q.  Where is that located?

25  A.  On the LG 800 cell phone.

1    *Q.*  Are you in possession of that image right now?

2    *A.*  Yes, sir.

3    *Q.*  When you -- do you know from your forensic examination how

4    it was that image was created?

5    *A.*  From the forensic exam, I was able to determine that a

6    video had been created, and this appears to be a thumbnail

7    image related to the video that was created.

8        It is pretty common for thumbnail images to be created when

9    you have a video so people can visually quickly determine the

10   image of the file.

11       The image recovered was a cached, C-A-C-H-E-D, image.

12             *THE COURT:*  What does that mean?

13             *THE WITNESS:*  One stored by the operating system.

14   *BY MR. FUNK:*

15   *Q.*  Why don't we do a step by step.  Someone takes a video, and

16   what does the operating system do?  How does it hold it, and

17   then when you go to try to erase it, what happens?

18   *A.*  Okay.  This particular image or particular video image

19   relates to the cell phone which was using an Android operating

20   system.

21       You first create the video, it records the images coming

22   into the camera on a flash memory within the cell phone.

23       Typically, it creates a thumbnail image in a gallery view,

24   for instance, when you go to photo gallery on your phone so

25   users can quickly identify what the image or video contains.

1      In this case, it appears the original video was deleted.

2      When that occurs on this type of operating system, and on a

3  phone in particular, which is flash memory rather than a hard

4  drive, a lot of times that is cleared and overridden, so I

5  cannot recover the original video.

6      But out of the database that had that thumbnail image, I

7  was still able to recover the thumbnail image.

8      There was a path associated with the thumbnail image that

9  told me where the original video was located and what the name

10  was.

11      So, the original video was in DCIM, which is a standard

12  location for videos and photos to occur, a photo called camera,

13  and the name of the file, 2014, 11, 17, underscore 165134.

14      I am familiar, and other videos on the phone confirm, that

15  is the standard naming convention for videos created on the

16  phone with the date and time.

17      So, it would have been created November 17, 2014, at 4:51

18  p.m.

19  Q.  Is that naming convention and creation of the thumbnail

20  image something the phone automatically does?

21  A.  Yes.

22  Q.  Is the deleting of the video something that needs to be

23  manually done?

24  A.  That is correct.

25  Q.  Where is the actual image -- did you print out an image of

1   the thumbnail for the Court to see?

2   *A.*  I did, I created an exhibit that has an image and text

3   below it detailing what I just explained.

4   *Q.*  Do you have that physically with you at the stand?

5   *A.*  Yes.

6         *MR. FUNK:*  Your Honor, may I approach the witness?

7         *THE COURT:*  Yes.

8         *MR. FUNK:*  This image has been provided in discovery.

9         I will mark that Government Exhibit Number 9, and we

10  will have that under seal, request the Court put that under

11  seal.

12         *THE COURT:*  This is the image of C.W. on the phone?

13         *MR. FUNK:*  Correct.

14         *THE COURT:*  Any objection to its admission?

15         *MR. PEACOCK:*  We don't contest its admission.

16         *THE COURT:*  Admitted without objection.

17    (Whereupon Government Exhibit 9 was marked for evidence.)

18         *MR. FUNK:*  Judge, I think, unless you want me to

19  continue, that might be a good place to stop.

20         *THE COURT:*  Okay, let's talk about where we are and

21  where we need to go.

22         We have nine exhibits admitted into evidence.  The

23  Government is going to put together on the AO form the exhibit

24  list that contains that nine, as well as any others you want

25  admitted and/or marked in the next proceeding.

```
 1            As we said, any names of the children will be
 2    redacted.  All the exhibits are under seal.
 3            As I understand it, when we return, we are working
 4    around some scheduling issues.
 5            We are going to resume Monday, the 23rd.  We have --
 6    Mr. Peacock, do you have a 10:00 o'clock or 11:00 o'clock with
 7    Judge Martinez?
 8            MR. PEACOCK:  10:00 o'clock, violation of supervised
 9    release.
10            THE COURT:  How long do you think that will last?
11            MR. PEACOCK:  I would say no more than 30 minutes.
12            THE COURT:  Okay, that means starting at 10:30.  You
13    are available?
14            MR. PEACOCK:  I would say 10:45 in an abundance of
15    caution.
16            THE COURT:  We are going to be doing that in Judge
17    Lynch's courtroom.
18            Judge Graham is using this courtroom for an 11:00 a.m.
19    hearing that will last 30 or 45 minutes.
20            We should get started at 10:30, when Mr. Peacock
21    finishes, in Judge Lynch's courtroom, and when we break, if
22    there is a reason to come back to this courtroom, we can do
23    that.
24            How much time do we need remaining so we see to it
25    that we can accomplish this on Monday, the 23rd.
```

```
 1              Why doesn't the Government tell me, what more do you
 2      see in terms of your witnesses and time?
 3              Agent, you can step down, if you like.
 4              THE WITNESS:  Yes, ma'am.
 5              THE COURT:  How much longer with Special Agent Rey on
 6      direct?
 7              MR. FUNK:  With Agent Rey, I think, if we don't have
 8      any technical difficulties presenting, we'll be a half hour,
 9      and additional witnesses will take an hour and a half.
10              THE COURT:  So you are going to need to know where
11      we'll be, you will need to set up technology.  We may be in
12      Judge Lynch's courtroom.  We all prefer to be in one courtroom,
13      particularly with the technology, and with Pauline's court
14      reporting technology as well.
15              Half hour on direct, and what about on cross?
16              MR. PEACOCK:  15 minutes.
17              THE COURT:  And the Government has Ms. Harding,
18      Ms. Stevens and Mr. Walker.
19              Tell me the order you intend to call them.
20              MR. FUNK:  In that order.
21              THE COURT:  Next would be Ms. Harding?
22              MR. FUNK:  Correct.
23              THE COURT:  How long would you be on direct?
24              MR. KILLINGER:  Direct, 45 minutes to an hour, 45
25      minutes.
```

```
 1              THE COURT:  45 minutes.  What about cross?

 2              MR. PEACOCK:  Ten to 15 minutes.

 3              THE COURT:  Okay.  And then Ms. Stevens, how long on

 4     direct?

 5              MR. KILLINGER:  If she is called, no more than 20

 6     minutes.

 7              And it may very likely be after Mrs. Harding

 8     testifies, I will not need to call Ms. Stevens.  I won't make

 9     that decision until after she testifies.

10              THE COURT:  And cross?

11              MR. PEACOCK:  I have no idea.

12              THE COURT:  Okay.

13              MR. PEACOCK:  To be helpful to the Court, probably

14     half of whatever the direct is.

15              THE COURT:  Ten minutes.  Lastly, Mr. Walker.

16              MR. FUNK:  15 minutes.

17              THE COURT:  Direct.  And cross?

18              MR. PEACOCK:  I doubt if I have any questions.

19              THE COURT:  That is it for the witnesses; is that

20     correct, for evidence witnesses and any other kind of evidence

21     from the Government?

22              MR. KILLINGER:  Yes, other than perhaps an allocution

23     by Ms. Harding which would be separate from her testimony.  I

24     think she prepared something she wants to read.

25              THE COURT:  Okay, from the defense, what are we
```

Pauline A. Stipes, Official Federal Reporter

```
 1    expecting?

 2              MR. PEACOCK:  I believe I will have three witnesses,

 3    Your Honor, and I would say that would take --

 4              THE COURT:  Who are these witnesses?

 5              MR. PEACOCK:  Julie Harding.

 6              THE COURT:  How long on direct?

 7              MR. PEACOCK:  20 to 30 minutes.

 8              THE COURT:  Cross?

 9              MR. FUNK:  Probably ten minutes.

10              THE COURT:  Who is the next witness?

11              MR. PEACOCK:  Lisbet Perry, 15 to 20 minutes.

12              THE COURT:  Cross?

13              MR. FUNK:  Five, to ten minutes.

14              THE COURT:  Who else?

15              MR. PEACOCK:  Dr. Michael Brannon, I probably will put

16    Dr. Brannon on first.

17              THE COURT:  How long do you think he will be on

18    direct?

19              MR. PEACOCK:  I would say Dr. Brannon will be on

20    direct for 30 minutes.

21              THE COURT:  Cross?

22              MR. FUNK:  15 minutes.

23              THE COURT:  How much time is going to be needed for --

24    that is it with the evidence from Government and defense?

25              MR. FUNK:  Yes.
```

 1              THE COURT:  How much time for argument do you

 2      anticipate from the Government?

 3              MR. FUNK:  20 minutes.

 4              THE COURT:  From defense?

 5              MR. PEACOCK:  30.

 6              THE COURT:  I haven't added all of that up, I don't

 7      know if that fits into half a day or not.

 8              We will continue to look at scheduling and see how it

 9      can be done in the time allotted or make changes to the time

10      allotted to see if we can get this done.

11              Anything else that we need to discuss?

12              MR. FUNK:  No, Your Honor.

13              MR. PEACOCK:  No, ma'am.

14              THE COURT:  Okay, all right.  Thank you, and we'll

15      resume on Monday, the 23rd, but we will keep you closely

16      informed as to the logistics.

17              We are going to try to make something work that works

18      for everybody and allows us to complete the sentencing at our

19      next session.

20              Okay, we are adjourned for now.

21          (Thereupon, the hearing was concluded.)

22                              *  *  *

23

24

25

```
1              I certify that the foregoing is a correct transcript

2       from the record of proceedings in the above matter.

3

4            Date:  June 4, 2016

5                      /s/ Pauline A. Stipes, Official Federal Reporter

6                          Signature of Court Reporter
```

**$**

$100 [1]  8/14
$250,000 [1]  8/13

**/**

/s [1]  73/5

**1**

101 [1]  1/17
109 [1]  1/20
10:00 o'clock [2]  68/6 68/8
10:30 [2]  68/12 68/20
10:45 [1]  68/14
11 [7]  2/4 6/15 6/18 35/16 36/4 36/6 66/13
11:00 [1]  68/18
11:00 o'clock [1]  68/6
12 [4]  6/22 7/14 7/18 36/6
13 [1]  6/22
13th [1]  9/8
14 [1]  6/22
15 [6]  46/5 69/16 70/2 70/16 71/11 71/22
15-CR-14057-ROSENBERG [1]  1/3
16 [4]  1/8 5/13 5/16 11/22
165134 [1]  66/13
17 [2]  66/13 66/17
18 [4]  3/21 3/24 4/3 4/5

**2**

2-6 [2]  2/14 30/13
20 [9]  6/15 6/19 7/14 7/18 63/5 70/5 71/7
 71/11 72/3
2001 [1]  51/9
2003 [2]  50/25 51/14
2008 [3]  63/17 64/6 64/8
2010 [1]  51/14
2014 [3]  46/2 66/13 66/17
2015 [3]  3/17 13/14 49/13 60/3 60/8
2016 [3]  1/8 5/18 73/4
2123 [1]  1/21
22 [3]  13/14 60/8 60/22
2251 [1]  4/6
2252 [3]  3/21 3/25 4/3
22nd [11]  12/12 13/11 15/12 15/17 19/11
 20/1 37/11 37/14 38/16 39/7 39/23
2337 [1]  1/24
23rd [3]  68/5 68/25 72/15
24 [1]  2/13
25 [3]  23/4 60/3 60/22
25,000 [1]  8/13
26 [1]  5/14
26th [1]  40/12
28th [1]  40/15
29 [2]  29/3 49/13
29th [17]  18/7 18/10 20/19 20/21 25/23 29/11
 31/2 34/5 38/20 43/6 43/19 43/25 44/1 44/3
 44/4 44/6 44/10
2nd [1]  1/20

**3**

3/11/15 [1]  46/5
3/25 [1]  60/22
30 [6]  2/14 68/11 68/19 71/7 71/20 72/5
305-905-7509 [1]  1/18
3100 [1]  1/17
34950 [2]  1/18 1/21
35 [1]  2/5

**4**

4/22/16 [1]  5/13
4/26 [1]  5/14

43 [1]  8/10
45 [4]  68/19 69/24 69/24 70/1
47 [1]  2/7
49 [1]  2/15
4:51 [1]  66/17

**5**

5/10/2016 [1]  5/18
5/9/16 [1]  5/16
50 [1]  2/9
55 [1]  2/16
58 [1]  9/13

**6**

64 [1]  9/14
66 [1]  9/14
67 [1]  2/17

**7**

70 [4]  60/15 60/18 60/23 60/24
7509 [1]  1/18
76 [1]  60/18
772-467-2337 [1]  1/24
772-489-2123 [1]  1/21

**8**

800 [5]  55/8 55/10 55/14 60/15 64/25
83 [2]  6/2 6/9
84 [1]  5/12
85 [1]  5/13
86 [1]  5/15
87 [1]  4/11
87-1 [3]  6/14 7/7 7/25
88 [1]  5/16

**9**

9/22 [1]  60/22
9/25 [1]  23/4
9/29 [1]  29/3
91 [1]  5/25
91-2 [1]  6/1
92 [1]  5/21
94 [12]  7/6 61/20 61/22 61/23 61/25 61/25
 62/1 62/6 62/6 62/7 62/9 63/2
95 [3]  5/20 9/7 62/23
96 [1]  5/20

**A**

a.m [1]  68/18
able [28]  15/4 15/4 17/24 18/2 18/3 18/22
 19/3 19/15 21/15 27/18 28/15 28/19 31/6
 32/17 45/20 46/7 52/12 56/23 57/21 57/24
 58/11 60/2 61/19 62/23 63/13 64/22 65/5 66/7
about [28]  7/23 9/24 16/9 16/25 17/25 18/25
 18/25 22/12 28/16 30/17 31/2 31/8 32/22 34/8
 40/11 40/12 40/19 41/18 42/6 42/23 44/11
 46/19 46/21 47/2 60/23 67/20 69/15 70/1
above [1]  73/2
Absolutely [1]  38/14
abundance [1]  68/14
abuse [6]  12/6 12/6 12/14 23/8 43/2 61/18
accept [3]  10/4 10/4 10/8
acceptable [1]  10/6
acceptance [1]  4/7
accommodate [1]  10/23
accomplish [1]  68/25
according [1]  19/3
accurate [1]  39/7
acronym [1]  21/10
acting [1]  57/9
actions [1]  15/25

activity [1]  4/2
actual [4]  6/25 36/20 64/14 66/25
actually [7]  4/23 15/11 15/13 29/3 31/6 40/3
 40/4
added [1]  72/6
addendum [5]  6/21 6/25 7/17 7/19 8/3
addition [1]  5/19
additional [4]  23/7 58/17 58/22 69/9
addressed [2]  7/21 8/19
adjacent [1]  14/16
adjourned [1]  72/20
adjudged [1]  4/8
admissibility [1]  22/21
admission [5]  25/6 30/2 54/2 67/14 67/15
admit [1]  29/24
admitted [10]  24/18 30/5 30/12 39/4 43/18
 50/1 54/6 67/16 67/22 67/25
adult [3]  16/17 62/19 62/25
advice [1]  39/17
advisory [1]  8/11
after [17]  22/11 23/5 27/15 33/10 34/8 39/10
 39/23 40/5 42/15 44/14 45/22 46/6 46/11
 51/24 62/21 70/7 70/9
afternoon [2]  5/1 17/21
again [3]  7/8 21/8 22/13
against [2]  51/12 51/13
agency [1]  43/16
Agent [11]  3/7 40/7 50/8 50/9 51/1 51/16
 53/6 57/19 69/3 69/5 69/7
ages [2]  21/18 41/6
ago [1]  36/11
agree [3]  8/15 8/17 54/21
agreed [1]  21/9
agreeing [1]  54/3
agreement [1]  8/23
ahead [2]  26/15 50/13
Air [1]  51/7
all [48]  2/18 3/3 3/13 5/2 5/2 6/8 7/7 7/19 8/7
 8/19 8/21 8/22 9/18 10/6 10/14 14/4 15/14
 16/18 18/6 19/18 22/5 24/10 25/5 25/14 27/10
 28/5 28/20 30/9 31/18 37/4 38/12 38/18 38/19
 39/3 42/23 43/4 44/3 46/3 47/3 54/3 54/20
 55/1 55/23 60/11 68/2 69/12 72/6 72/14
allegation [1]  43/1
allegations [2]  12/6 12/14
alleged [1]  41/18
allocution [1]  70/22
allotted [2]  72/9 72/10
allowed [1]  15/15
allows [1]  72/18
Almost [1]  11/22
along [6]  37/5 39/23 52/17 53/10 53/15 58/10
also [18]  3/10 5/24 6/21 16/6 18/16 22/2
 26/15 29/6 29/11 30/11 32/25 41/12 44/2
 49/16 52/8 52/19 55/12 59/12
always [1]  11/8
am [18]  3/7 7/23 11/7 11/10 11/13 14/25
 16/15 21/23 28/2 29/8 37/18 42/5 42/16 48/24
 51/4 52/25 64/4 66/14
amended [2]  5/20 9/13
AMERICA [2]  1/4 3/2
amounts [1]  28/20
ample [2]  4/12 4/15
anally [2]  27/21 28/12
analysis [1]  55/10
and/or [2]  42/10 67/25
Android [1]  65/19
annual [1]  36/19
Annually [1]  36/20
another [6]  4/25 22/24 25/24 56/10 57/14
 59/20

**A**

answers [1]  29/4
anticipate [3]  9/24 10/24 72/2
anticipated [1]  4/24
anus [1]  16/23
any [50]  3/13 4/18 8/5 8/25 9/4 11/23 14/6
 15/17 15/18 18/2 19/3 19/6 19/6 19/16 20/22
 20/23 22/20 24/3 25/12 28/23 30/1 33/10 34/1
 34/17 34/24 35/5 35/21 36/7 39/3 39/4 39/8
 39/14 39/17 40/5 42/23 44/6 46/7 46/24 49/20
 50/5 53/25 54/18 58/25 64/20 67/14 67/24
 68/1 69/8 70/18 70/20
anybody [6]  37/19 43/11 43/16 46/9 46/12
 46/14
anyone [4]  6/3 10/22 37/15 57/5
anything [20]  6/3 7/20 12/2 14/6 19/20 19/23
 20/2 22/14 24/23 27/4 27/6 27/8 27/24 28/10
 31/4 32/12 32/18 41/14 46/21 72/11
AO [1]  67/23
apartment [3]  18/17 19/7 19/8
apologize [1]  11/7
apparently [1]  53/1
appearance [2]  3/4 3/4
APPEARANCES [1]  1/14
appears [4]  4/10 7/24 65/6 66/1
application [1]  21/2
approach [5]  21/20 48/21 53/3 54/10 67/6
appropriate [1]  38/13
approximately [3]  6/2 35/16 61/1
April [2]  59/6 59/11
are [88]
area [6]  14/6 16/16 16/20 16/25 32/16 41/8
argument [2]  8/25 72/1
around [7]  10/19 17/10 27/7 28/9 58/6 63/3
 68/4
arrested [1]  15/11
arrived [1]  15/14
arriving [1]  10/19
articulate [1]  31/16
as [47]  3/4 3/4 6/10 6/10 6/13 6/18 7/17 8/24
 9/3 9/22 9/22 10/16 10/21 10/21 14/6 17/17
 20/22 29/10 31/4 31/4 34/7 34/18 34/18 36/23
 38/20 42/12 42/12 43/14 48/4 49/25 51/6 51/8
 51/17 53/1 54/7 56/12 58/17 59/11 59/11
 61/16 63/21 67/24 67/24 68/1 68/3 69/14
 72/16
ascertain [1]  62/23
Ashley [29]  12/25 13/3 13/12 14/5 17/19
 20/22 21/1 21/6 22/11 22/12 23/4 23/5 23/14
 23/15 33/1 33/12 33/15 34/11 34/14 34/24
 37/16 38/24 39/10 39/23 40/16 43/13 44/23
 46/8 46/10
ask [10]  7/20 16/9 23/2 25/10 28/15 28/22
 30/2 30/17 45/13 46/19
asked [18]  12/21 16/5 17/4 17/11 18/14 19/9
 22/13 23/7 26/9 27/8 27/23 27/24 28/1 28/7
 32/3 32/21 41/21 62/21
ass [1]  58/9
assess [1]  10/24
assessment [1]  8/14
assigned [3]  11/18 12/19 51/22
assist [1]  14/19
Assistant [1]  3/8
associated [3]  63/15 64/1 66/8
assume [1]  44/21
assured [1]  11/10
attachments [1]  6/9
attempt [1]  4/1
attention [4]  12/11 25/23 27/9 37/19
Attorney [1]  3/8

**Attorney's [1]**  1/16
audio [2]  38/22 50/15
audio-visual [1]  50/15
aunt [1]  26/16
authorized [1]  52/22
automatically [1]  66/20
available [1]  68/13
aware [2]  16/19 63/11
away [1]  33/16

**B**

B-R-I-A-N [1]  50/18
B-Y-R-D [1]  47/20
baby [5]  17/20 17/20 45/22 45/24 46/1
back [16]  3/17 11/14 15/15 16/13 20/8 26/24
 32/5 47/5 47/7 47/12 56/24 57/1 59/24 62/22
 63/2 68/22
bag [1]  31/23
based [1]  43/2
basically [1]  31/20
basis [3]  36/19 45/9 55/1
batteries [2]  12/3 12/5 35/23
be [61]  7/21 9/3 9/6 9/14 10/5 11/8 11/9 16/1
 18/9 25/7 25/11 25/16 26/6 27/1 27/5 30/2
 30/12 36/21 36/21 37/19 38/19 38/22 38/23
 40/10 41/24 42/9 43/2 44/10 47/9 47/14 49/25
 50/8 51/15 54/4 54/5 54/13 54/14 54/16 55/1
 55/23 62/2 62/24 65/6 65/8 66/22 67/19 68/1
 68/16 69/8 69/11 69/11 69/12 69/21 69/23
 70/7 70/13 70/23 71/17 71/19 71/23 72/9
Beach [1]  1/23
became [1]  21/5
because [7]  15/7 16/14 21/18 26/9 41/6 41/8
 42/13
become [1]  12/13
bedroom [1]  18/16
been [38]  3/13 5/4 6/19 7/1 7/3 7/9 7/10 7/22
 8/4 8/23 9/2 11/20 12/1 15/1 21/17 22/15 33/6
 33/14 33/24 35/15 35/16 36/4 37/5 46/5 48/5
 51/11 51/13 53/2 55/2 56/23 58/12 61/15
 62/23 63/13 63/20 65/6 66/17 67/8
before [10]  1/11 3/2 3/10 9/5 10/1 14/4 50/25
 55/24 60/5 62/14
began [3]  18/20 19/8 55/25
begin [2]  50/9 50/13
beginning [2]  15/8 50/7
behalf [4]  3/6 3/9 8/25 14/12
being [6]  12/19 19/9 25/12 53/22 59/17 62/21
believe [11]  6/18 8/7 9/8 21/8 29/9 36/11
 36/16 38/25 41/12 41/12 41/17 46/2 57/22
 59/19 60/16 63/15 71/2
below [1]  67/3
beneficial [1]  40/10
besides [1]  12/19
best [1]  42/11
better [2]  42/13 59/7
between [6]  9/2 17/21 17/22 57/1 57/25 59/14
beyond [1]  64/11
big [1]  19/19
bit [2]  5/8 42/11
blanket [2]  27/2 31/23
blond [1]  59/4
body [1]  31/24
bookmarked [1]  60/14
born [3]  45/23 46/5 46/11
both [6]  8/22 12/21 13/13 17/18 20/23 38/22
bottom [2]  23/9 24/14
bought [1]  26/16
box [4]  49/3 49/8 56/14 56/25
branch [1]  42/18
Brannon [3]  71/15 71/16 71/19

**Brannon's [1]**  5/17
break [2]  28/15 68/21
breaking [1]  10/18
breast [1]  16/25
breasts [1]  27/16
BRIAN [5]  2/8 3/7 40/7 50/17 50/18
briefly [1]  9/23 13/12
bring [3]  26/17 34/11 34/24
bringing [2]  39/18 47/12
brought [3]  13/2 34/14 39/4
build [2]  14/24 15/1
butt [7]  16/12 16/24 27/17 28/2 32/16 35/3
 40/13
BYRD [4]  2/6 47/16 47/18 47/19

**C**

C-A-C-H-E-D [1]  65/11
C.W [52]  12/16 12/21 13/8 13/13 13/20 13/20
 14/1 14/14 15/3 15/12 15/17 15/24 16/4 16/10
 16/20 17/3 17/22 17/24 18/25 19/3 19/25
 22/11 22/16 22/20 23/5 23/17 23/18 25/24
 26/22 29/3 29/15 29/16 29/17 37/10 37/14
 39/8 41/16 43/20 43/24 46/19 48/14 49/5
 49/14 58/2 58/6 58/16 58/17 58/23 64/16
 64/20 64/22 67/12
C.W.'s [2]  24/8 24/10
cached [1]  65/11
call [6]  11/2 39/20 39/23 47/16 69/19 70/8
called [8]  21/6 33/15 40/4 40/7 40/12 40/19
 66/12 70/5
came [5]  16/8 27/24 32/5 51/22 51/24
camera [2]  65/22 66/12
camping [1]  46/8
can [30]  6/12 7/18 8/24 10/21 10/24 14/4
 19/15 22/10 22/18 24/21 25/19 27/15 41/15
 43/17 43/18 46/4 47/6 50/10 55/25 56/3 56/21
 63/24 63/25 65/9 65/25 68/22 68/25 69/3 72/9
 72/10
can't [1]  57/8
cannot [1]  66/5
capital [1]  11/6
capture [1]  57/20
care [2]  25/8 25/13
career [5]  12/2 35/17 36/6 51/6 51/10
case [19]  1/3 4/19 4/25 9/17 13/4 37/2 37/6
 37/7 37/12 38/2 52/16 52/20 53/9 53/20 53/22
 54/8 57/21 63/16 66/1
cases [4]  12/6 35/21 35/23 60/21
category [1]  8/10
caution [1]  68/15
CBT [1]  16/3
cell [7]  55/8 55/9 59/16 60/15 64/25 65/19
 65/22
center [4]  36/24 61/13 62/5 62/5
central [1]  61/16
certain [3]  15/25 37/25 57/23
certified [1]  48/8
certify [1]  73/1
chance [1]  39/10
changes [1]  72/9
charge [3]  3/20 37/7 58/20
charges [3]  3/22 4/1 4/4
chat [19]  51/25 52/12 55/10 55/14 55/15
 56/14 56/18 56/24 57/4 57/5 57/23 58/4 58/8
 58/18 59/2 59/21 60/2 64/9 64/11
chats [6]  55/22 55/25 56/2 58/2 58/3 60/12
check [1]  32/9
chest [4]  17/1 17/2 32/10 32/11
child [29]  4/4 7/6 12/5 12/6 12/8 14/17 20/6
 21/11 37/20 37/23 38/1 38/4 38/8 38/13 42/25
 45/24 49/17 53/15 53/22 59/5 59/11 59/13

**C**

child... [7]  59/25 60/16 61/14 61/16 62/18 62/24 63/20
child's [1]  43/3
children [19]  3/16 12/15 13/3 14/22 21/12 36/13 36/24 42/7 42/9 42/13 42/16 42/18 51/12 51/13 52/13 58/15 61/13 62/8 68/1
chose [1]  26/19
circle [1]  32/21
circled [1]  32/22
circumstances [2]  17/15 26/1
clarification [1]  9/6
clarified [1]  22/24
class [1]  36/20
classes [1]  36/9
clear [4]  27/14 38/20 44/10 47/4
cleared [1]  66/4
close [1]  40/25
closely [1]  72/15
clothed [1]  17/7
clothes [7]  16/6 17/9 19/9 27/2 27/17 31/19 31/20
Code [4]  3/21 3/24 4/3 4/5
coerce [1]  4/1
collateral [1]  51/22
collect [2]  34/1 34/2
collected [5]  49/3 49/7 57/22 59/18 62/13
collection [1]  53/15
color [2]  27/13 32/18
combination [2]  26/13 43/4
come [8]  17/23 28/10 35/21 50/14 52/2 63/18 63/19 68/22
comes [1]  11/11
comfortable [1]  26/10
coming [5]  7/7 20/21 57/13 61/17 65/21
common [1]  65/8
communicate [1]  59/13
communicating [3]  56/16 59/14 60/20
communications [1]  60/15
complete [4]  5/3 6/10 56/1 72/18
computer [9]  11/9 24/24 51/4 51/11 51/14 51/15 51/17 55/9 57/9
concerned [1]  21/6
concerning [1]  35/22
concluded [2]  50/8 72/21
conclusion [2]  42/23 63/19
condition [1]  44/18
conduct [6]  7/16 12/21 13/13 14/10 14/17 16/1
conducted [3]  13/16 25/24 37/4
conducting [2]  12/9 14/19
confirm [2]  46/7 66/14
connection [1]  8/20
consideration [3]  5/16 6/4 6/4
considered [1]  16/1
consistent [1]  9/15
consists [1]  6/1
constitute [1]  62/19
contact [5]  7/16 38/8 39/8 40/5 64/16
contacted [2]  12/23 48/13
contain [2]  56/22 62/8
contained [2]  52/19 63/7
contains [2]  65/25 67/24
contendere [1]  3/18
content [1]  62/2
contest [3]  30/2 54/1 67/15
context [1]  56/10 57/3
continue [4]  5/3 47/12 67/19 72/8
continued [1]  18/20
convention [2]  66/15 66/19

conversation [5]  18/3 55/21 56/1 59/24 60/19
conversations [4]  6/23 7/1 38/24 57/3
Cooley [1]  3/12
copies [1]  6/25
copy [2]  7/19 57/10
correct [57]  5/6 9/11 17/6 19/14 19/24 20/20 23/13 23/25 24/9 24/15 25/25 26/3 29/7 33/8 34/12 35/12 35/19 36/12 37/9 38/17 38/21 39/9 41/4 41/24 42/19 43/10 44/5 44/12 44/22 52/21 59/15 62/12 66/24 67/13 69/22 70/20 73/1
correlate [1]  57/24
couch [1]  19/10 27/2 43/9
could [7]  3/3 33/24 36/21 47/16 50/12 55/17 62/2
couldn't [1]  20/15
counsel [6]  3/3 7/19 8/22 53/1 53/1 61/4
count [4]  3/22 4/1 4/4 8/14
counter [1]  45/8
countries [2]  63/3 63/5
Counts [4]  3/18 3/19 3/20 4/8
County [1]  51/9
couple [3]  40/4 40/6 60/5
course [11]  12/22 15/24 16/19 26/14 28/22 36/12 36/15 37/22 51/24 63/21 64/16
courses [1]  48/8
court [35]  1/1 1/23 3/10 4/7 4/18 5/5 5/10 6/8 7/18 7/20 8/5 8/9 8/20 8/24 9/7 10/1 11/11 14/4 22/10 22/19 26/22 55/15 55/16 55/21 57/10 59/22 60/11 60/17 61/6 63/11 67/1 67/10 69/13 70/13 73/6
Court's [2]  4/24 6/4
courtroom [8]  3/15 50/14 68/17 68/18 68/21 68/22 69/12 69/12
cover [1]  10/21
covered [1]  64/7
covers [1]  28/14
CPT [8]  21/7 21/10 21/15 40/10 40/23 41/5 41/16 42/18
CR [1]  1/3
create [1]  65/21
created [8]  64/5 65/4 65/6 65/7 65/8 66/15 66/17 67/2
creates [1]  65/23
creation [3]  64/3 64/4 66/19
credits [1]  59/10
crime [4]  42/3 47/24 48/4 48/8
crimes [9]  11/25 12/1 12/2 35/15 35/25 35/25 36/7 51/12 51/13
criminal [4]  8/10 11/18 14/15 51/3
cropped [1]  58/12
cross [11]  2/5 35/5 35/9 50/5 69/15 70/1 70/10 70/17 71/8 71/12 71/21
cross-examination [2]  35/5 35/9
Currently [1]  11/18
custody [1]  60/6
Customs [1]  51/1
cut [3]  10/23 32/7 33/18

**D**

D-A-N-I-T-Z-A [1]  47/19
dad [1]  27/5
daddy [1]  19/19
daily [1]  45/9
DANIEL [2]  1/15 3/6
DANITZA [4]  2/6 47/16 47/18 47/19
database [1]  66/6
date [14]  4/10 18/6 29/19 29/22 40/25 49/12 60/7 63/15 63/17 63/19 63/21 63/25 66/16 73/4
dates [2]  63/23 64/1

day [13]  15/11 20/13 20/13 22/2 34/1 34/4 34/5 36/16 36/21 36/21 37/12 64/18 72/7
days [3]  36/21 40/6 60/5
DCIM [1]  66/11
deal [1]  19/19
dealing [1]  37/20
death [2]  12/3 35/22
decision [1]  70/9
Defendant [12]  1/9 6/24 7/15 13/4 14/12 48/18 60/6 62/18 62/20 63/1 64/9 64/19
Defendant's [5]  5/13 5/15 5/16 5/21 7/12
DEFENDANTS [1]  1/19
Defender's [1]  1/20
defense [13]  4/15 7/14 8/17 8/24 9/2 10/2 10/8 30/7 52/25 53/1 70/25 71/24 72/4
deferred [1]  4/9
deleted [2]  55/22 66/1
deleting [1]  66/22
demeanor [1]  19/17
denied [3]  19/20 19/23 39/8
denying [1]  7/15
department [11]  11/19 11/21 26/2 37/8 42/7 43/8 47/24 49/10 50/22 50/25 63/9
departments [1]  11/23
depicted [2]  55/8 63/8
deputy [1]  31/6 32/17
describe [2]  31/6 32/17
described [1]  17/17
detailing [1]  67/3
detective [10]  29/8 35/11 35/12 35/13 35/13 35/16 35/18 35/21 37/2 49/9
detectives [3]  36/20 37/3 42/9
determine [4]  45/20 51/25 65/5 65/9
develop [2]  15/4 19/16
devices [5]  52/3 52/6 52/11 55/4 55/6 62/17 63/14
did [119]
didn't [14]  19/18 19/19 24/23 26/9 26/10 27/4 31/21 31/25 34/1 34/1 45/10 45/10 62/10 62/11
different [11]  9/3 9/14 26/13 26/19 26/25 32/19 38/3 40/21 52/2 63/3 63/5
differentiate [2]  18/22 19/3
difficult [2]  14/21 26/7
difficulties [1]  69/8
digital [1]  27/19
digitally [2]  27/19 27/20
diplomatic [1]  42/17
direct [19]  2/4 2/7 2/9 11/15 12/11 25/23 47/3 47/21 50/19 69/6 69/15 69/23 69/24 70/4 70/14 70/17 71/6 71/18 71/20
disclose [4]  15/24 17/3 26/4 31/4
disclosed [6]  14/7 22/15 23/8 26/23 26/24 40/16
disclosures [1]  20/23
discovered [2]  52/15
discovery [1]  67/8
discretion [1]  10/4
discuss [1]  72/11
discussion [2]  9/2 23/5
DISTRICT [3]  1/1 1/1 1/11
division [2]  1/2 11/18
DNA [6]  34/17 34/23 34/25 48/5 48/13 49/3
do [87]
doable [1]  10/25
docket [10]  4/11 5/12 5/13 5/15 5/16 5/20 5/21 5/25 6/1 7/24
document [4]  5/22 6/9 9/7 24/14
documents [3]  39/3 39/4 54/15
does [21]  8/15 8/17 9/18 9/20 21/10 35/20 38/19 38/20 49/23 51/15 54/5 54/13 56/9

**D**

does... [8]  57/20 60/25 61/4 61/22 65/12
 65/16 65/16 66/20
doesn't [1]  69/1
doing [1]  68/16
doll [2]  27/18 27/22
dolls [2]  15/18 26/12
don't [32]  5/3 18/24 20/9 22/22 26/25 30/2
 30/19 36/18 36/18 37/16 37/16 37/18 38/11
 38/25 40/24 41/20 42/4 42/5 44/7 46/14 46/14
 50/9 54/1 57/7 58/8 59/20 61/2 64/13 65/15
 67/15 69/7 72/6
done [11]  15/25 31/5 42/15 44/2 44/3 44/4
 44/6 54/13 66/23 72/9 72/10
doubt [1]  70/18
down [12]  14/4 21/7 22/16 28/15 29/4 29/4
 29/12 31/22 31/23 32/1 47/1 69/3
downloaded [2]  55/17 63/20
downward [1]  5/21
Dr [4]  5/17 71/15 71/16 71/19
draft [1]  9/10
draw [2]  20/2 20/9
drawer [1]  45/8
drawing [4]  26/11 29/11 31/16 32/3
drawings [1]  44/6
drawn [1]  8/2
dress [1]  33/4
drew [6]  27/21 29/6 29/15 29/15 32/20 33/2
drive [11]  38/4 52/19 53/10 53/11 53/12
 53/18 53/18 55/8 55/12 64/5 66/4
drives [1]  52/22
during [18]  15/24 16/4 16/17 18/3 19/25 26/5
 26/14 26/20 27/19 28/22 29/3 39/5 43/24 44/3
 52/15 56/24 58/2 64/16

**E**

each [5]  8/14 10/24 38/2 55/18 62/3
earlier [2]  43/22 57/19
earliest [4]  60/2 63/17 63/19 64/6
early [2]  43/22 50/15
easier [2]  16/18 26/13
easiest [1]  8/1
Edward [1]  3/12
Edwin [1]  3/3
effect [2]  58/7 58/9
either [5]  20/1 20/1 20/23 21/16 42/5
elbow [1]  58/9
electronic [4]  52/2 52/5 52/11 62/17
else [10]  17/15 37/19 43/11 43/16 46/9 46/12
 46/14 57/5 71/14 72/11
emergency [1]  42/14
employed [3]  11/17 11/20 11/23
encountered [1]  64/12
end [3]  22/2 47/12 59/10
enforcement [5]  16/6 51/10 53/15 61/15
 61/21
engage [1]  4/2
engaged [1]  7/16
entered [1]  3/17
entertaining [1]  59/9
entice [1]  4/2
enticement [1]  58/20
entire [2]  37/6 44/23
entitled [1]  59/6
entries [3]  56/21 57/14 57/15
entry [10]  4/11 5/12 5/13 5/15 5/16 5/20 5/21
 5/25 7/24 57/12
environment [1]  58/24
episode [1]  45/20
erase [1]  65/17

**F**

facility [1]  42/13
fact [2]  48/16 49/6
factual [1]  8/5
fair [1]  36/19
familiar [1]  66/14
Family [2]  42/8 42/18
far [5]  9/22 10/17 31/4 42/12 50/10
federal [1]  1/20 51/9 73/5
feel [3]  20/7 28/4 40/11
felt [1]  26/10
female [1]  12/15
few [8]  16/9 28/3 28/23 28/25 29/1 35/8
 40/21 46/5
file [6]  6/25 63/9 64/2 64/5 65/10 66/13
filed [7]  5/13 5/24 7/14 8/3 9/7 60/25 61/3
files [2]  53/13 64/1
filing [2]  5/15 5/17
fill [1]  10/20
final [1]  9/10
find [11]  10/18 14/21 33/11 42/5 43/1 52/12

ESQ [1]  1/19
estimate [1]  47/3
even [4]  11/14 20/15 47/8 57/5
eventually [1]  34/25
ever [4]  27/8 27/10 28/7 45/12
every [3]  25/17 57/4 57/12
everybody [1]  72/18
everyone [1]  5/4
everything [7]  11/10 11/13 15/7 15/10 59/22
 62/4 62/5
evidence [27]  8/25 9/4 10/1 10/7 10/9 10/12
 24/1 24/19 25/15 30/14 34/1 34/16 39/4 40/15
 41/13 43/3 49/19 50/23 51/19 53/24 55/2
 67/17 67/22 70/20 70/20 71/24
exact [2]  40/25 61/6
exactly [2]  22/22 61/2
exam [12]  21/8 21/13 21/15 21/17 41/5 41/6
 41/7 41/10 41/11 42/14 43/3 65/5
examination [15]  2/4 2/5 2/7 2/9 5/17 5/23
 11/15 35/5 35/9 47/21 50/19 51/14 52/5 55/4
 65/3
examined [2]  42/10 55/6
examiner [4]  51/4 51/11 51/15 51/17
example [1]  41/3
exams [1]  21/12
except [1]  24/22
excess [1]  60/15
executed [1]  64/18
exhibit [43]  2/13 2/15 2/16 2/17 5/25 6/1
 21/24 21/25 22/4 22/5 22/8 22/10 23/9 24/19
 25/6 25/11 25/16 25/17 25/18 25/18 25/19
 25/19 29/17 29/25 30/4 30/20 43/20 43/24
 48/18 48/24 49/19 50/2 50/3 53/1 53/2 53/24
 55/2 63/11 64/13 67/2 67/9 67/17 67/23
exhibits [17]  2/11 2/14 2/18 29/9 29/9 29/14
 30/11 30/13 43/18 44/2 47/5 47/5 54/20 55/1
 61/2 67/22 68/2
expecting [1]  71/1
experience [5]  14/9 38/12 42/11 44/11 51/5
experienced [1]  42/3
explain [5]  17/15 55/17 56/21 59/3 61/12
explained [1]  67/3
explicit [1]  21/1
exploitation [9]  3/20 3/23 52/13 59/5 59/25
 60/16 61/14 61/17 62/24
exploitations [1]  60/18
Exploited [1]  61/13
extend [1]  38/19
exterior [2]  41/10 41/11

53/12 55/10 58/11 63/25 64/22
findings [3]  43/2 55/7 62/22
fine [3]  8/13 11/1 20/10
fingers [1]  28/13
finishes [1]  68/21
firearms [2]  53/9 53/10
first [24]  6/12 7/23 9/25 10/7 12/18 12/20
 13/25 14/4 15/3 16/4 16/8 16/11 17/4 18/5
 19/23 19/25 20/3 20/12 21/5 31/8 33/5 64/5
 65/21 71/16
fits [1]  72/7
five [8]  8/12 9/8 9/12 13/24 14/18 19/13
 20/15 71/13
FL [3]  1/7 1/18 1/21
flash [2]  65/22 66/3
flat [2]  32/20 32/23
FLETCHER [2]  1/19 3/9
FLORIDA [2]  1/1 50/22
focus [2]  37/18 37/19
folders [1]  53/13
folks [1]  41/16
following [1]  5/3
Force [1]  51/7
foregoing [1]  73/1
forensic [9]  21/11 21/12 51/11 51/14 51/15
 51/17 52/5 65/3 65/5
forensics [1]  55/22
form [2]  20/10 67/23
format [1]  55/18
FORT [5]  1/2 1/7 1/18 1/21 1/23
forth [3]  56/24 57/1 59/24
forthcoming [1]  18/10
found [1]  40/13
founded [1]  50/25
frame [2]  40/25 64/8
free [1]  10/9
front [4]  44/7 58/8 64/13 64/14
Ft [3]  1/23 18/20 50/23
full [1]  58/12
FUNK [4]  1/15 2/7 2/9 3/6
funny [1]  57/9
further [4]  20/23 35/4 50/4 61/17

**G**

G-R-E-G-A [1]  11/6
gallery [2]  65/23 65/24
garage [1]  44/21
garbage [1]  27/15
gave [1]  18/5
general [1]  50/13
generally [5]  14/9 14/21 42/25 43/1 61/25
generated [2]  55/21 56/15
get [7]  14/6 14/21 18/3 26/7 36/19 68/20
 72/10
girl [2]  13/25 17/20
girls [21]  14/6 15/13 16/2 16/14 17/18 20/11
 20/23 21/7 21/16 22/13 23/7 25/7 26/15 26/17
 37/4 37/18 38/18 39/19 40/10 40/20 40/23
give [8]  28/19 39/14 39/17 39/19 39/23 47/4
 47/6 64/14
given [6]  4/23 4/24 22/12 23/4 23/6 55/21
go [15]  6/13 7/12 13/11 21/7 27/25 28/11
 29/14 33/20 33/20 38/5 50/10 50/12 65/17
 65/24 67/21
going [34]  4/25 10/11 10/17 11/8 11/13 12/15
 17/22 21/23 22/2 25/14 25/17 26/6 27/5 29/8
 29/10 30/17 31/21 31/22 32/9 33/1 38/5 47/8
 52/25 54/4 54/20 56/24 57/1 63/2 67/23 68/5
 68/16 69/10 71/23 72/17
gone [1]  48/8
good [8]  3/1 3/6 3/9 15/4 35/13 35/14 54/22

## G

good... [1] 67/19
got [8] 12/18 12/20 25/14 29/10 31/25 37/12
 40/6 51/14
gotten [1] 26/16
Government [44] 2/13 2/14 2/15 2/16 2/17
 3/13 4/12 5/8 5/12 6/10 6/14 6/25 8/15 9/3
 9/19 9/23 9/24 10/7 11/1 21/23 22/4 22/5
 24/19 25/7 29/25 30/11 30/13 30/20 47/2
 48/24 50/2 50/3 54/18 54/21 55/2 62/21 67/9
 67/17 67/23 69/1 69/17 70/21 71/24 72/2
Government's [5] 5/19 5/24 10/4 47/18 50/17
Graham [1] 68/18
great [1] 36/25
ground [1] 10/21
group [2] 61/23 62/8
guess [1] 8/1
guideline [1] 8/11
guidelines [2] 8/9 8/24
guilty [2] 3/18 4/8
gun [4] 52/16 53/20 54/7 54/8

## H

H.W [32] 12/16 12/21 13/8 13/14 13/23 15/12
 17/22 19/11 19/13 19/16 19/25 20/14 21/13
 22/15 23/5 23/7 24/22 29/11 29/15 29/16 31/3
 31/4 33/5 37/10 37/14 40/15 41/16 44/2 44/10
 45/10 45/12 48/14
had [58] 4/12 4/15 6/15 6/24 7/15 9/23 12/8
 12/10 14/7 15/7 15/13 15/25 16/2 16/3 17/11
 17/20 17/20 20/13 20/25 20/25 21/4 22/15
 23/5 23/6 23/24 26/6 26/15 27/10 27/16 28/12
 31/5 31/23 31/24 32/14 33/5 33/6 33/12 33/14
 33/15 33/15 36/7 36/9 40/5 40/5 40/24 42/11
 53/21 53/21 55/7 58/12 62/11 63/13 63/20
 64/6 64/16 64/16 65/6 66/6
half [6] 48/2 69/8 69/9 69/15 70/14 72/7
hammer [2] 32/6 32/10
hand [6] 16/5 17/10 27/7 28/7 28/9 28/11
handful [1] 62/2
handle [2] 32/15 39/17
handled [1] 37/6
handles [1] 35/21
handwriting [11] 23/10 23/12 23/19 23/21
 23/22 26/11 29/21 30/4 30/21 30/22 49/8
happen [2] 27/8 28/23
happened [13] 15/8 15/10 19/4 19/7 19/21
 19/23 28/16 28/21 28/21 31/8 31/15 40/16
 42/24
happens [1] 65/17
hard [2] 54/11 66/3
HARDING [37] 1/7 3/3 3/5 3/10 3/22 4/1 4/4
 5/18 9/1 13/4 13/9 15/11 15/25 17/4 17/16
 18/14 26/23 27/20 31/5 38/24 39/10 44/14
 48/11 51/21 52/3 52/12 53/13 53/14 56/19
 57/5 57/13 58/12 69/17 69/21 70/7 70/23 71/5
Harding's [2] 4/7 52/8
Hardy [2] 3/17 45/24
has [23] 4/12 4/15 5/4 5/10 6/3 6/8 6/16 7/1
 7/3 7/9 7/10 7/21 8/4 8/20 9/2 10/22 22/19
 53/2 59/22 62/15 67/2 67/8 69/17
hate [1] 61/5
have [94]
haven't [2] 39/5 72/6
having [5] 8/19 8/21 8/22 8/23 33/4
he [37] 17/7 17/9 17/10 17/22 17/26 24/22
 24/22 27/1 27/2 27/7 27/10 27/10 27/11 27/12
 27/14 27/16 27/16 27/17 27/19 28/1 28/5 28/9
 28/12 31/20 31/21 31/22 31/24 32/8 32/9 32/9
 32/12 32/12 32/14 32/25 33/1 46/10 71/17

## I

I'm [2] 37/4 56/3
I.D [1] 2/12
idea [3] 26/6 54/22 70/11
identification [2] 48/19 56/17
identified [8] 7/6 61/15 61/16 61/20 62/5 62/9
 62/14 64/11
identifier [1] 56/14
identify [5] 59/10 61/17 61/19 62/10 65/25
identity [2] 49/15 57/16
image [30] 53/16 57/1 57/20 58/5 58/5 58/12
 58/17 58/22 58/23 64/20 64/22 65/1 65/4 65/7
 65/10 65/11 65/11 65/18 65/23 65/25
 66/6 66/7 66/8 66/20 66/25 66/25 67/2 67/8
 67/12
images [22] 7/7 50/12 52/12 56/24 57/22
 57/24 58/1 58/2 58/3 59/18 61/10 61/14 61/9
 61/23 62/2 63/4 63/8 63/13 63/16 64/7 65/8
 65/21
immediately [1] 33/12
important [1] 41/24
impressed [2] 42/16
imprisonment [1] 8/12

head [3] 32/20 32/23 40/24
hearing [1] 61/6 68/19 72/21
heart [1] 32/9
help [1] 45/13
helped [1] 37/5
helpful [1] 70/13
her [86]
here [5] 3/7 6/5 11/9 11/13 29/19
Highway [1] 1/17
him [9] 4/8 16/7 19/9 19/10 19/20 21/5 27/3
 31/19 64/12
himself [1] 27/12
his [21] 16/5 17/4 17/9 17/10 17/10 17/11
 18/14 18/16 24/23 27/2 27/7 27/7 27/8 27/25
 28/1 28/2 28/7 28/13 31/18 50/13 53/14
history [1] 8/10
hold [2] 46/4 65/16
holder [1] 56/16
holding [1] 20/8
home [2] 17/23 33/20
homeland [4] 15/14 50/22 50/22 51/3
homicide [1] 12/3
homicides [1] 35/22
HON [1] 1/24
Honor [30] 6/6 7/4 7/11 8/1 9/22 10/15 21/21
 22/1 22/22 24/5 24/17 25/1 25/10 29/24 30/15
 34/20 35/4 35/8 45/16 46/25 48/18 49/18
 49/21 52/25 53/3 53/24 54/1 67/6 71/3 72/12
Honor's [1] 10/16
HONORABLE [1] 1/11
hour [4] 69/8 69/9 69/15 69/24
house [13] 13/12 15/13 17/16 18/17 18/18
 33/13 44/15 44/19 44/23 45/13 52/15 52/16
 52/23
household [2] 44/14 44/19
how [45] 10/11 10/17 11/17 11/20 12/18
 13/20 13/20 13/23 17/24 27/18 28/1 35/15
 36/4 36/15 39/17 40/10 41/8 47/15 48/1 49/6
 49/14 50/10 50/24 51/11 55/17 56/9 57/17
 61/1 61/4 63/3 63/13 63/18 63/19 65/3 65/16
 68/10 68/24 69/5 69/23 70/3 71/6 71/17 71/23
 72/1 72/8
however [6] 15/6 20/11 36/23 41/6 42/15
 62/1
hum [6] 29/2 37/24 39/2 43/21 44/25 46/7
hurt [2] 28/4 32/10
husband [1] 13/7

inappropriate [2] 14/10 16/1
inappropriately [1] 22/15
inartfully [1] 8/2
incarceration [1] 8/11
incidences [3] 17/24 18/1 18/2
incident [6] 18/14 33/3 34/8 41/19 46/8 46/8
incidents [5] 17/19 17/21 31/7 33/21 41/19
include [1] 58/5
include just [1] 58/5
included [4] 9/10 35/25 54/7 55/18
including [2] 5/11 63/6
inclusive [1] 55/23
INDEX [1] 2/1
indicate [3] 17/7 29/20 56/9
indicated [6] 16/4 17/9 27/16 28/12 37/10
 49/17
indicates [1] 6/13
indication [1] 53/21
indications [1] 56/25
indictment [1] 3/19
individual [1] 49/15
individuals [3] 12/3 64/8 63/8
ineligible [1] 8/12
information [13] 14/6 14/21 18/4 18/5 20/22
 20/25 22/12 23/6 40/6 40/9 55/24 56/17 61/17
informed [1] 72/16
initial [1] 8/2
initials [1] 12/16
inquire [1] 10/15
insert [1] 41/8
inserted [1] 32/14
inside [4] 28/1 28/2 28/5 31/18
instance [4] 36/10 38/7 64/5 65/24
instances [2] 19/3 60/21
instruct [1] 8/24
instructions [1] 39/14
instrument [1] 33/6
instruments [1] 14/19
intact [1] 44/15
intend [1] 69/19
internal [3] 21/15 21/17 41/7
interview [53] 13/13 13/16 13/25 14/14 14/14
 14/15 14/19 15/3 15/3 15/17 15/24 16/2 16/3
 16/4 16/8 16/10 16/11 16/14 16/17 17/4 18/6
 19/15 19/23 20/3 20/14 20/18 21/3 21/4 25/24
 26/2 26/5 26/8 26/12 26/14 28/22 29/3 29/10
 31/2 33/10 38/1 38/4 38/13 38/16 39/7 39/11
 41/16 41/24 43/6 43/8 43/12 43/25 44/3 49/10
interviewed [8] 13/21 14/5 15/12 18/10 19/11
 37/10 37/14 42/10
interviewers [1] 42/3
interviewing [5] 12/8 20/11 36/13 37/23
 42/12
interviews [14] 12/21 14/17 17/18 19/25
 20/19 20/21 21/11 26/20 34/7 37/4 38/18 40/6
 40/19 42/15
introduce [1] 24/1
introduced [2] 26/8 26/12
introduction [1] 50/13
investigate [2] 11/25 12/5
investigating [3] 12/1 51/12 51/13
investigation [17] 4/9 4/10 4/13 4/16 5/14
 12/3 12/14 12/19 36/8 37/3 39/5 48/10 50/14
 50/23 51/20 51/22 64/17
investigations [7] 11/18 12/9 14/15 35/23
 51/3 56/7 62/15
investigator [3] 35/15 36/4 48/4
involve [1] 14/9
involved [5] 12/13 12/18 37/3 37/12 48/10
involving [2] 3/23 34/9
is [172]

**I**

isn't [1]  10/25
issue [4]  6/17 7/1 7/9 9/5
issued [2]  52/1 52/1
issues [1]  68/4
it [127]
items [3]  33/14 34/18 34/24 44/19 45/13
its [6]  7/17 22/21 38/3 58/5 67/14 67/15
itself [2]  6/1 56/1

**J**

job [1]  51/5
judge [13]  1/11 9/11 16/19 35/6 50/11 54/10
  56/21 67/18 68/7 68/16 68/18 68/21 69/12
Judith [1]  5/12
Julie [1]  71/5
June [1]  73/4
jurors [1]  10/19
jury [1]  4/25
just [19]  15/8 17/20 24/12 26/9 28/5 28/6
  28/21 33/16 35/6 35/25 36/11 37/22 41/8
  44/10 45/4 47/4 56/25 58/5 67/3
Justice [1]  63/10

**K**

keep [3]  39/18 47/5 72/15
kept [1]  63/21
kids [1]  19/20
Kik [2]  21/1 60/3
KILLINGER [5]  1/16 2/4 3/8 10/12 47/4
kind [10]  28/23 31/6 32/1 32/17 34/17 38/4
  44/18 46/7 58/6 70/20
kitchen [3]  27/15 44/24 45/5
knew [1]  46/21
knife [4]  32/6 33/21 34/2 44/15
knives [1]  45/1 45/4 45/7
know [48]  5/4 6/13 10/22 10/23 13/9 15/10
  18/1 20/8 22/13 23/19 26/7 27/12 27/13 28/20
  28/20 28/21 32/3 32/19 33/15 33/24 37/10
  38/4 38/19 39/14 39/19 40/2 40/23 40/24 41/1
  41/18 42/4 42/6 42/7 42/9 42/23 43/11 43/13
  46/1 46/8 46/12 46/14 49/14 61/1 61/2 61/4
  65/3 69/10 72/7
known [2]  62/13 62/13
knows [1]  28/21

**L**

L-A [1]  11/6
lack [1]  59/7
lacking [1]  42/12
LaGREGA [6]  2/3 11/2 11/6 11/7 35/13
  48/13
laid [1]  31/22
Lakeshia [1]  5/4
laptop [1]  55/9
larger [1]  9/25
last [9]  10/16 11/5 12/12 36/10 36/11 47/19
  64/2 68/10 68/19
Lastly [1]  70/15
late [2]  20/12 20/12
later [4]  23/24 34/4 40/6 53/12
law [5]  51/6 51/10 53/14 61/15 61/21
lay [3]  16/7 19/9 31/22
learned [1]  33/5
leeway [1]  10/20
left [2]  10/16 11/12
leg [1]  27/25
legal [2]  4/18 5/5
length [2]  4/23 47/3
let [9]  10/23 16/9 23/2 29/8 33/15 38/4 41/24
42/2 50/12
let's [5]  25/5 25/23 31/2 47/17 67/20
letter [6]  5/11 6/9 22/11 22/20 22/23 23/4
letters [1]  5/15
level [1]  8/10
Lexar [1]  55/12
LG [5]  55/8 55/10 55/14 60/14 64/25
life [3]  8/11 8/13 38/3
like [18]  10/21 10/22 12/11 16/15 20/7 22/24
  24/22 25/1 28/4 31/25 32/18 32/22 33/2 41/7
  46/8 55/24 62/23 69/3
likelihood [1]  5/2
likely [1]  70/7
limit [1]  62/7
line [1]  51/18
lines [3]  39/24 57/8 58/10
linked [1]  61/24
Lisbet [1]  71/11
list [3]  21/25 55/12 67/24
listening [2]  11/10 11/14
little [6]  20/14 26/6 28/5 28/6 31/23 42/11
live [1]  33/16
lived [1]  44/16
living [3]  18/16 27/1 58/23
local [1]  56/13
locate [1]  57/21
located [3]  33/16 64/24 66/9
location [3]  51/25 61/24 66/12
logistics [1]  72/16
long [12]  11/20 20/13 35/15 36/4 36/15 48/1
  63/13 68/10 69/23 70/3 71/6 71/17
longer [1]  15/2 20/14 69/5
look [9]  19/20 21/6 33/21 43/18 44/14 44/21
  45/13 46/4 72/8
looking [3]  11/8 44/21 56/18
looks [2]  55/24 62/23
lot [11]  11/13 15/16 18/9 20/16 26/19 33/13
  36/23 36/24 59/21 59/24 66/4
Lucie [1]  11/19 11/20 18/20 37/7 47/24 49/10
Lynch's [3]  68/17 68/21 69/12

**M**

ma'am [13]  4/17 4/21 6/7 8/18 24/8 30/8
  46/23 50/6 54/9 54/12 57/7 69/4 72/13
MacBook [1]  55/9
Macintosh [1]  63/22
made [1]  20/23
majority [2]  12/1 62/25
make [9]  9/15 16/15 26/12 39/15 42/23 47/8
  70/8 72/9 72/17
making [1]  9/9
manner [1]  58/25
manually [1]  66/23
many [12]  17/24 28/1 42/9 42/15 50/24 51/11
  59/7 61/1 61/4 62/8 62/8 63/3
March [2]  60/3 63/17
March 25 [1]  60/3
March 6 [1]  63/17
marital [1]  33/20
mark [1]  67/9
marked [8]  24/19 30/13 48/24 50/3 53/1 55/2
  67/17 67/25
Martinez [1]  68/7
mastodon [3]  59/3 59/3 59/11
match [2]  62/11
material [5]  3/23 59/5 59/25 62/24 62/24
materials [1]  8/20
matter [4]  3/2 4/25 63/21 73/2
matters [1]  40/22
may [18]  1/8 4/23 9/8 10/15 21/20 24/4 34/20
  37/5 37/19 45/16 47/1 48/21 53/3 54/10 55/23
67/6 69/11 70/7
maybe [3]  9/2 46/5 57/11
me [37]  10/23 16/9 16/18 19/18 22/14 22/17
  23/2 23/4 24/22 27/18 27/21 28/12 28/19 29/8
  31/8 31/17 32/9 32/12 32/14 33/15 33/15
  39/19 40/4 40/19 41/24 42/1 42/2 45/10 47/7
  58/8 63/9 64/13 64/14 66/9 67/18 69/1 69/19
mean [9]  18/1 35/20 38/20 45/24 47/11 51/15
  60/13 60/18 65/12
means [2]  61/25 68/12
media [3]  57/21 58/11 64/19
medical [7]  5/23 21/8 21/12 21/13 41/5 41/6
  43/3
medically [1]  42/10
memoranda [1]  6/11
memorandum [1]  5/20
memory [2]  65/22 66/3
mentioned [8]  5/22 6/3 12/5 30/6 30/20 57/19
  59/17 60/11
message [4]  55/15 57/4 57/13 58/8
messages [9]  21/1 21/2 21/5 55/11 55/14
  56/15 57/5 57/25 59/2
messaging [4]  52/13 56/22 56/23 57/23
met [2]  12/23 13/12
MICHAEL [20]  1/7 3/3 13/4 13/8 15/11
  15/25 16/14 17/16 18/14 22/16 26/23
  27/20 31/5 31/9 31/18 32/5 48/11 51/21 71/15
might [3]  45/21 50/11 67/19
Mike [1]  61/10
military [1]  51/6
mind [2]  26/25 47/2
Mine [2]  23/11 24/13
minor [4]  3/16 4/2 7/16 12/15
minors [2]  3/20 3/23
minute [2]  35/6 45/16
minutes [17]  68/11 68/19 69/16 69/24 69/25
  70/1 70/2 70/6 70/15 70/16 71/7 71/9 71/11
  71/13 71/20 71/22 72/3
missed [1]  19/20
modified [1]  58/5
mom [3]  15/14 33/13 33/15
moment [1]  34/20
Monday [4]  5/4 68/5 68/25 72/15
months [1]  46/6
more [8]  18/4 18/10 24/12 28/23 32/22 68/11
  69/1 70/5
morning [5]  3/1 3/6 3/9 35/13 35/14
mother [5]  3/16 12/23 13/3 14/5 49/16
motion [4]  5/21 5/24 5/25 54/23
mouth [1]  27/23
move [5]  9/5 27/7 28/9 49/18 53/24
moved [2]  17/10 33/12
Mr [30]  2/4 2/5 2/7 2/9 3/5 3/10 3/17 3/22 4/1
  4/4 4/7 5/18 9/1 9/7 9/9 10/12 47/4 52/3 52/8
  52/11 53/13 53/14 56/19 57/5 57/13 58/11
  68/6 68/20 69/18 70/15
Mrs. [1]  70/7
Mrs. Harding [1]  70/7
Ms [1]  70/8
Ms. [7]  11/7 48/13 69/17 69/18 69/21 70/3
  70/23
Ms. Harding [3]  69/17 69/21 70/23
Ms. LaGrega [2]  11/7 48/13
Ms. Stevens [2]  69/18 70/3
much [10]  10/21 18/4 19/8 28/14 47/15 62/1
  68/24 69/5 71/23 72/1
my [31]  8/2 9/15 11/12 11/14 12/2 12/22 16/6
  16/14 16/17 18/3 20/14 26/12 26/24 28/11
  29/21 32/9 32/13 35/17 36/6 37/18 38/18 40/3
  40/24 45/12 49/8 51/14 55/22 57/12 58/9
  62/22 64/11

# N

naked [5]  16/7 17/8 19/10 19/20 31/19
name [11]  11/4 11/5 12/24 18/23 29/21 47/19
  49/23 49/25 57/16 66/9 66/13
names [7]  25/7 47/9 55/1 56/6 64/9 64/14
  68/1
naming [2]  66/15 66/19
napping [1]  17/19
National [2]  36/24 61/13
natural [1]  10/18
NCSEC [3]  61/10 61/12 63/5
necessary [1]  54/20
need [19]  4/24 14/24 15/1 21/7 22/14 25/7
  27/11 32/8 43/19 54/5 54/11 54/13 55/1 67/21
  68/24 69/10 69/11 70/8 72/11
needed [1]  71/23
needs [5]  7/21 8/5 54/14 54/16 66/22
Nevertheless [1]  5/5
next [11]  19/9 19/10 45/12 47/2 47/14 50/14
  61/6 67/25 69/21 71/10 72/19
night [3]  20/16 31/9 46/10
nine [7]  13/22 14/2 14/18 38/1 51/6 67/22
  67/24
no [60]  1/3 4/20 4/21 5/5 6/6 6/7 10/2 11/24
  14/23 15/9 15/20 15/22 17/9 20/4 24/11 24/17
  25/13 27/13 30/6 34/3 35/4 38/9 38/10 38/11
  38/25 38/25 39/6 39/16 40/24 40/24 41/15
  41/23 43/17 44/8 44/17 45/4 45/4 45/7 45/14
  46/13 46/17 46/22 46/25 49/21 50/4 50/6 50/9
  53/21 54/19 56/12 56/14 56/19 56/22 56/25
  59/1 68/11 70/5 70/11 72/12 72/13
nolo [1]  3/18
non [1]  56/12
non-redacted [1]  56/12
none [1]  50/8
noon [1]  10/19
normally [1]  14/23
North [1]  1/20
not [56]  3/16 4/19 4/23 5/6 6/3 9/10 10/4
  10/23 11/8 14/23 14/23 15/8 15/20 15/21 16/5
  17/12 17/13 17/14 19/8 19/17 21/4 21/7
  21/17 27/5 28/19 35/25 37/16 38/2 39/16
  39/18 40/5 40/24 41/5 41/7 42/10 42/16 43/17
  43/17 44/20 46/17 46/22 53/19 54/5 54/6
  55/23 56/23 57/5 57/20 59/16 60/11 62/7
  62/15 63/9 64/20 70/8 72/7
notation [1]  7/5
notations [3]  23/9 29/19 29/19
note [9]  6/14 23/3 23/14 23/16 23/19 23/20
  24/21 39/15 47/8
noted [1]  6/24
notepad [1]  26/8
notes [6]  6/21 7/8 26/24 29/4 39/1 40/3
nothing [7]  33/23 33/23 39/21 39/21 41/15
  41/15 45/6
notice [2]  5/15 5/17
notified [3]  3/14 12/20 34/8
November [2]  3/17 66/17
November [1]  66/17
now [24]  13/11 16/2 19/11 19/25 20/18 29/3
  33/5 36/7 37/2 37/14 38/7 38/16 39/10 40/23
  41/5 41/16 43/6 44/10 51/2 54/13 57/9 63/2
  65/1 72/20
number [10]  21/24 28/15 28/16 43/24 53/2
  55/6 60/16 61/7 63/2 67/9
numbers [1]  9/9

# O

o'clock [3]  68/6 68/6 68/8
objection [23]  6/14 7/21 7/23 8/3 10/3 22/21
  24/3 24/17 24/18 25/12 30/1 30/5 30/6 30/12
  49/20 49/21 50/2 53/25 54/6 54/18 54/19
  67/14 67/16
objections [14]  4/13 5/14 5/20 6/12 6/18 6/22
  31/7 31/3 71/14 8/2 8/5 8/21 8/23 9/13 9/16
observed [1]  62/25
obtain [2]  43/19 57/24
obtained [1]  43/24
obviously [2]  10/3 45/10
occasion [1]  12/13
occur [6]  4/23 17/19 17/21 18/15 49/9 66/12
occurred [4]  33/21 45/21 49/12 64/8
occurring [1]  66/2
occurs [1]  66/2
off [14]  10/23 16/6 17/9 19/9 27/2 27/12
  27/13 27/17 29/22 29/23 31/19 31/20 33/18
  40/24
offender [2]  59/11 61/24
offenders [4]  59/14 62/1 62/6 63/3
offense [1]  8/10
office [8]  1/16 1/20 6/16 7/17 35/22 51/9
  51/23 64/12
officer [2]  7/8 35/11
Official [2]  1/23 73/5
often [2]  20/7 20/7
Oh [1]  27/10
okay [74]
old [9]  13/20 13/20 13/23 14/2 14/18 14/18
  19/13 20/15 38/1
once [2]  25/14 28/23
one [37]  5/22 20/1 20/2 20/23 21/16 22/1 22/2
  25/20 31/8 31/21 32/22 34/20 35/6 36/10
  36/11 36/21 37/4 37/20 37/20 38/20 43/9
  43/20 43/24 45/7 46/4 47/4 52/22 54/4 54/4
  54/5 55/8 56/9 58/4 64/12 65/13 69/12
one-on-one [1]  37/20
ones [7]  29/14 29/15 45/8 55/6 61/5 61/20
  64/2
ongoing [4]  28/17 54/25 56/7 62/15
online [1]  36/23
only [1]  37/2
opened [1]  53/9
operating [7]  63/22 63/23 63/24 65/13 65/16
  65/19 66/2
opinion [2]  15/4 18/9
opportunities [1]  36/25
opportunity [3]  4/12 4/16 46/19
order [5]  9/4 9/22 54/23 69/19 69/20
ordered [1]  4/8
orderly [1]  44/16
original [7]  9/16 9/16 58/5 66/1 66/5 66/9
  66/11
other [28]  6/24 11/23 17/20 23/2 29/19 33/18
  34/18 34/23 34/24 37/3 39/4 42/14 43/3 44/6
  56/10 57/15 57/16 57/21 58/13 59/12 60/21
  62/11 64/7 64/9 64/11 66/14 70/20 66/25
others [7]  15/2 30/21 49/25 50/8 59/9 59/17
  67/24
otherwise [1]  62/19
our [4]  25/23 51/22 64/12 72/18
out [14]  10/20 13/11 16/8 22/2 23/24 27/24
  27/10 32/5 33/12 37/5 42/5 45/7 66/6 66/25
outside [1]  53/22
over [8]  11/11 27/3 40/21 47/6 60/1 60/18
  60/24 62/23
overridden [1]  66/4
overwhelmed [1]  19/17
own [1]  38/3

# P

p.m [1]  66/18

packed [1]  33/14
pad [1]  20/2
page [12]  2/4 2/5 2/7 2/9 2/13 2/14 2/15 2/16
  2/17 6/13 7/7 7/24
pages [4]  6/2 6/9 33/3 60/21
Palm [1]  1/23
paper [2]  20/2 26/8
paragraph [1]  9/9
paragraphs [9]  6/15 6/18 6/22 7/14 7/18 9/8
  9/12 9/13 9/14
part [4]  16/25 52/16 58/3 58/18
participate [1]  52/8
particular [12]  18/2 37/2 38/2 56/14 57/8
  58/7 59/5 63/25 64/4 65/18 65/18 66/3
particularly [3]  14/18 55/7 69/13
parties [3]  56/7 56/8 57/2
party [2]  56/16 56/18
Pasco [1]  51/9
pass [1]  30/15
path [1]  66/8
Pauline [2]  1/23 73/5
Pauline's [1]  69/13
Pause [1]  45/18
pay [1]  37/18
paying [1]  27/9
PEACOCK [7]  1/19 2/5 3/9 9/7 9/9 68/6
  68/20
pending [1]  8/13
penetrated [2]  27/19 28/12
penetration [1]  27/19
penis [13]  16/11 17/5 17/10 17/11 18/14
  27/7 27/9 27/23 27/24 28/1 28/2 28/7
people [5]  12/2 35/22 59/12 60/20 65/9
percent [1]  62/24
percentage [1]  62/18
perhaps [1]  70/22
period [4]  14/23 60/1 60/21 60/22
Perry [1]  71/11
person [4]  57/14 57/15 58/13 58/17
person's [7]  12/1 12/2 35/16 35/18 35/21 36/4
  57/16
personally [2]  42/10 61/4
phone [17]  21/6 24/23 55/8 55/9 55/10 56/13
  56/16 60/15 64/25 62/19 65/22 65/24 66/3
  66/14 66/16 66/20 67/12
photo [2]  65/24 66/12
photograph [2]  53/9 58/25
photographs [1]  33/23
photos [2]  53/14 66/12
physical [1]  21/15
physically [2]  18/15 67/4
pick [1]  17/22
picture [4]  31/16 32/4 32/20 54/7
pictures [7]  24/23 26/11 29/11 32/25 33/2
  45/9 53/14
PIERCE [7]  1/2 1/7 1/18 1/21 1/23 18/20
  50/23
Pierce/West [1]  1/23
place [5]  14/14 19/4 26/1 43/7 67/19
Plaintiff [2]  1/5 1/15
plan [1]  10/16
plastic [1]  32/14
plea [2]  3/18 4/7
pleading [1]  9/7
please [3]  11/5 39/19 49/23
plug [2]  35/3 40/13
PNY [1]  55/7
point [10]  10/19 21/4 31/21 31/25 32/3 34/4
  53/21 54/15 56/2 57/8
pointed [1]  45/7
police [9]  11/19 11/21 13/2 13/17 26/2 37/7

**P**

police... [3]  43/8 47/24 49/10
policeman [1]  51/7
pornography [9]  4/5 7/6 53/15 59/13 62/17
 62/19 62/20 62/25 63/20
Port [6]  11/19 11/20 18/20 37/7 47/24 49/10
portion [5]  32/15 32/15 58/4 58/6 59/22
portions [6]  56/4 56/4 56/5 56/6 56/11 57/23
position [1]  54/16
positioned [1]  27/18
positive [1]  43/2
possessed [2]  52/3 58/11
possession [8]  3/22 52/2 52/11 55/15 60/11
 62/20 64/19 65/1
pounding [1]  32/10
Pre [8]  4/9 4/10 4/13 4/16 5/14 6/16 6/23 7/15
Pre-Sentence [8]  4/9 4/10 4/13 4/16 5/14 6/16
 6/23 7/15
prefer [1]  69/12
prepare [1]  54/23
prepared [1]  70/24
present [6]  3/10 3/15 8/25 43/11 46/12 46/15
presentation [3]  9/4 9/23 10/12
presented [1]  55/20
presenting [1]  69/8
pretty [4]  20/12 21/1 28/14 65/8
previous [1]  62/22
previously [5]  7/6 61/15 61/20 62/9 62/13
primarily [1]  37/6
print [1]  66/25
printout [1]  55/19 57/6
printouts [1]  55/20
prior [2]  20/21 21/2
priorities [1]  51/4
private [1]  16/12
privates [4]  16/16 16/21 16/22 28/3
probably [5]  9/25 42/21 70/13 71/9 71/15
probation [8]  3/11 3/12 6/15 6/16 6/24 7/8
 7/17 8/12
proceed [6]  5/6 8/24 9/25 10/7 10/11 10/13
proceeding [2]  47/6 67/25
proceedings [2]  1/10 73/2
produce [1]  62/2
produced [3]  59/8 63/1 63/4
producing [1]  4/4
production [1]  59/8
proffer [2]  10/3 10/8
pronounce [1]  4/19
pronouncement [1]  4/22
props [2]  14/19 15/18
protection [1]  21/11
Protective [1]  38/8
protocol [2]  37/25 38/2
provided [2]  60/17 67/8
PSI [1]  6/13
PSR [2]  7/8 7/24
psychological [2]  5/17 6/10
Public [1]  1/20
puppies [3]  26/16 26/16 26/17
purpose [2]  56/5 59/9
purposes [1]  48/19
pursuant [1]  52/23
put [15]  10/1 10/9 10/9 16/5 17/10 27/7 27/14
 27/23 28/1 28/5 28/7 34/16 67/10 67/23 71/15
putting [1]  33/16

**Q**

qualifications [1]  51/17
qualifying [1]  16/14
quantify [1]  62/21

question [4]  24/4 45/12 57/7 57/12
questionnaires [1]  10/20
questions [7]  16/9 23/2 23/7 35/4 35/8 50/4
 70/18
quick [2]  24/4 46/4
quickly [2]  65/9 65/25

**R**

R-E-Y [1]  50/18
range [2]  8/11 28/23
rapport [1]  14/24 15/1 15/4 19/16
rather [2]  20/9 66/3
read [3]  22/18 24/21 70/24
real [1]  46/4
really [10]  15/8 20/13 20/15 21/8 36/25 37/19
 38/3 40/5 40/9 42/16
reason [5]  4/18 5/5 27/4 53/19 68/22
recall [4]  41/20 49/12 59/17 59/20
receive [4]  20/22 23/3 41/11 48/7
received [7]  2/12 4/12 4/15 5/10 20/25 21/5
 23/14
recognize [5]  5/2 22/8 48/25 49/6 53/6
recognized [1]  59/12
recognizing [1]  4/22
recollection [1]  41/14
record [12]  3/4 9/6 9/17 10/5 11/4 22/18
 25/20 38/18 38/24 56/1 60/2 73/2
recorded [3]  11/11 38/16 38/25
records [2]  60/14 65/21
recover [5]  55/14 56/23 60/3 66/5 66/7
recovered [4]  59/23 60/14 63/16 65/11
redact [1]  47/9
redacted [16]  18/22 18/24 25/7 50/1 55/1
 56/4 56/4 56/5 56/6 56/11 56/12 56/17 56/18
 57/16 58/25 68/2
redactions [1]  56/19
redirect [1]  46/24
refer [4]  12/15 16/20 16/23 26/24
reference [2]  9/9 43/1
references [2]  59/2 59/3
referred [2]  52/13 59/19
referring [2]  6/23 59/4
refers [2]  9/12 9/13
regard [1]  9/6
regarding [7]  5/11 6/23 7/5 12/14 26/23
 59/13 59/24
related [8]  6/22 51/3 53/14 56/14 58/20 60/3
 60/15 65/7
relates [1]  65/19
relating [2]  5/23 53/13
relationship [3]  13/4 13/6 13/8
relative [3]  55/7 56/7 56/7
release [2]  8/12 68/9
relevant [1]  55/13
remaining [1]  68/24
remarkable [3]  41/14 41/15 45/6
remember [8]  16/2 28/17 36/18 36/18 37/16
 37/17 41/15 43/17
remembered [1]  33/3
repeat [1]  54/25
report [17]  4/9 4/10 4/13 4/16 5/14 6/10 6/16
 6/23 7/15 9/10 9/10 9/16 41/20 41/22 42/21
 64/11 64/13
Reporter [5]  1/23 11/11 22/19 73/5 73/6
reporting [1]  69/14
repository [1]  61/16
represent [2]  60/25 61/22
representation [1]  8/22
representative [1]  3/16
represents [1]  55/18
request [2]  25/14 67/10

residence [2]  13/11 52/9
resolved [10]  6/17 6/19 7/2 7/3 7/9 7/10 7/22
 8/4 8/7 8/23
resort [1]  29/11
responded [1]  7/17
response [1]  7/18
responsibilities [2]  48/3 51/2
rest [1]  29/16
restitution [1]  8/13
results [1]  41/11
resume [2]  68/5 72/15
return [2]  15/15 68/3
reuse [1]  16/23
revealed [1]  57/6
review [4]  4/13 4/16 41/20 61/14
reviewed [6]  5/10 6/8 8/20 8/21 21/2 62/22
reviewing [1]  42/15
revised [1]  6/17
REY [12]  2/8 3/7 40/7 40/7 50/8 50/10 50/17
 50/18 53/6 57/19 69/5 69/7
Rey's [1]  51/16
right [22]  9/18 10/6 10/14 11/8 14/15 22/6
 25/5 28/18 28/22 29/18 32/2 38/12 39/3 40/18
 42/23 45/22 46/3 47/1 47/13 54/13 65/1 72/14
robberies [2]  12/4 35/22
ROBIN [2]  1/11 1/24
role [1]  51/20
room [8]  15/19 18/16 26/2 27/1 42/14 43/8
 51/25 58/23
rooms [4]  14/15 49/11 64/9 64/11
ROSENBERG [3]  1/3 1/11 1/24
round [1]  20/18
rule [1]  8/6
RUSSELL [2]  1/16 3/8

**S**

safety [1]  32/13
said [51]  17/13 19/11 21/6 24/8 27/8 27/9
 27/10 27/11 27/12 27/12 27/13 27/14 27/24
 27/25 27/25 28/2 28/3 28/4 28/4 28/5 28/6
 28/8 28/8 28/8 28/9 28/10 28/10 28/11 29/3
 31/18 31/19 31/19 31/20 31/24 31/24 32/5
 32/8 32/12 32/12 32/19 32/25 33/3 37/22
 38/19 39/19 40/9 40/13 41/5 46/10 64/6 68/1
same [15]  10/16 15/11 16/15 22/16 24/22
 26/1 26/1 26/2 34/4 34/5 37/12 39/24 43/8
 49/25 57/25
Samsung [1]  55/8
sat [2]  14/4 22/12
satisfy [1]  9/18
saw [2]  31/19 59/18
say [21]  4/22 8/2 10/2 15/10 18/13 27/4 27/5
 28/25 32/12 35/18 36/19 39/7 43/13 45/24
 54/7 61/25 62/18 68/11 68/14 71/3 71/19
saying [3]  11/10 57/4 62/4
says [5]  6/16 22/19 24/21 29/22 32/8
scared [1]  31/20 33/4
scene [3]  47/25 48/4 48/9
schedule [1]  10/16
schedules [1]  10/25
scheduling [2]  68/4 72/8
school [2]  15/15 17/23
scope [1]  53/23
screen [2]  11/12 56/6
screwdriver [14]  32/6 32/15 32/17 32/23 33/6
 33/11 33/21 34/2 34/9 34/11 34/14 34/23
 44/15 44/22
screwdrivers [3]  32/20 45/3 45/4
seal [5]  5/25 7/1 67/10 67/11 68/2
sealed [26]  2/18 5/16 5/17 5/22 5/25 6/9
 25/11 25/12 25/16 25/17 25/20 30/3 30/9

## S

sealed... [13] 30/12 47/9 49/22 50/1 54/4 54/5 54/6 54/16 54/20 54/25 55/1 55/15 63/11
sealing [1] 54/14
search [7] 44/18 52/1 52/8 52/15 63/24 64/18 64/19
second [8] 3/19 16/3 18/3 18/6 18/11 20/18 42/2 46/4
secondary [1] 21/4
Section [4] 3/21 3/24 4/3 4/6
sections [1] 56/18
security [5] 15/14 50/22 50/22 51/3 51/7
see [15] 24/23 25/1 45/1 45/3 50/10 50/12 55/25 56/15 56/24 64/20 67/1 68/24 69/2 72/8 72/10
seek [1] 29/24
seen [3] 39/3 39/5 62/14
seizure [1] 64/8
select [1] 4/24
send [4] 36/20 40/10 42/9 42/13
sending [1] 42/14
sent [9] 16/3 42/16 42/25 58/12 58/17 58/22 61/10 61/14 63/5
sentence [11] 4/9 4/9 4/10 4/13 4/16 4/19 5/14 6/16 6/23 7/15 20/10
sentencing [7] 1/10 4/24 5/12 5/19 6/4 8/21 72/18
separate [15] 17/24 18/1 18/2 29/14 31/6 60/15 61/23 61/25 62/1 62/1 62/6 62/6 62/9 63/2 70/23
separation [1] 51/8
September [16] 12/11 13/11 13/14 15/12 15/18 18/7 20/19 25/23 31/2 37/11 37/15 38/16 38/20 43/6 49/13 60/8
September 22 [2] 13/14 60/8
September 22nd [3] 13/11 15/12 38/16
September 29 [1] 49/13
September 29th [2] 18/7 43/6
series [17] 5/11 7/6 59/5 59/6 59/12 59/19 59/20 61/20 61/22 61/23 61/25 62/3 62/8 62/9 62/13 62/13 62/14
serve [1] 61/16
service [1] 51/8
Services [3] 38/8 42/8 42/18
session [1] 72/19
set [5] 21/4 40/19 50/12 50/15 69/11
seven [5] 7/8 7/24 9/8 9/12 51/8
several [10] 12/10 26/13 26/25 29/9 33/2 36/9 40/21 48/8 64/1 64/11
sex [8] 35/15 35/23 35/25 35/25 36/7 42/3 52/17 53/10
sexual [11] 3/23 4/2 7/16 12/3 12/5 12/14 14/10 16/1 39/8 43/1 43/2
Sexually [1] 61/13
share [1] 9/25
she [112]
SHEILA [3] 2/3 11/2 11/6
sheriff [1] 51/8
Sheriff's [1] 51/9
short [1] 60/21
should [7] 4/19 5/6 9/6 9/14 40/14 49/25 68/20
show [8] 21/23 27/18 29/8 29/8 33/1 48/18 52/25 58/15
showed [1] 27/21
showing [1] 48/24
shown [2] 53/2 53/16
shutting [1] 32/1
shy [1] 15/6
side [1] 58/6

side-view [1] 58/6
sidebar [1] 54/11
sides [1] 8/22
Signature [1] 73/6
significance [1] 63/18
silver [1] 32/6
since [3] 50/11 50/25 51/13
single [1] 57/12
sir [8] 11/24 49/1 52/24 57/25 58/19 59/1 64/18 65/2
sit [2] 19/10 27/2
situation [3] 17/16 39/1 39/17
six [2] 9/8 9/12
skills [1] 42/12
Skype [1] 58/4
sleeping [1] 31/23
smack [1] 31/22
small [3] 35/3 59/22 60/16
so [49] 6/12 10/20 15/8 16/19 17/3 19/8 19/23 20/14 21/2 22/4 22/18 23/9 25/5 25/6 25/23 26/6 26/8 28/19 29/17 30/19 31/2 31/22 32/3 33/10 35/25 40/6 40/12 40/15 40/19 40/21 42/18 44/4 45/9 46/5 47/5 47/11 50/7 50/9 55/22 61/25 61/23 63/23 65/9 65/24 66/4 66/11 66/17 68/24 69/10
sofa [1] 43/9
software [3] 55/22 56/23 57/19
some [28] 9/6 10/20 12/14 18/5 21/1 23/7 23/24 33/23 34/4 34/8 40/16 44/20 44/20 50/13 54/15 55/24 56/25 57/13 57/24 59/2 59/17 60/20 62/10 62/12 62/22 63/7 63/13 68/4
somebody [1] 37/5
Someone [1] 65/15
something [10] 20/6 33/6 39/19 58/7 58/8 58/9 66/20 66/22 70/24 72/17
sometimes [3] 15/1 20/6 20/8
somewhere [1] 42/21
soon [1] 41/3
sorry [4] 14/25 28/2 53/18 56/3
sort [1] 38/3
Souer [1] 5/12
SOUTHERN [1] 1/1
speak [3] 20/9 26/7 26/10
speakers [1] 56/9
speaking [2] 7/23 56/12
special [5] 3/7 8/14 50/9 51/1 69/5
specific [4] 28/19 28/19 39/21 59/20
specifically [2] 7/23 39/16
speculate [1] 61/5
speculum [1] 41/8
spell [1] 11/5
spend [1] 46/10
spending [2] 20/16 31/9
spoke [5] 18/23 22/11 40/12 41/17 41/18
spoken [2] 9/23 40/21
St [6] 11/19 11/20 18/20 37/7 47/24 49/10
stamp [1] 63/17
stamps [3] 55/25 63/15 63/21
stand [2] 21/10 67/4
standard [3] 64/2 66/11 66/15
standing [1] 58/23
standpoint [2] 8/4 10/2
star [1] 32/21
start [1] 32/3
started [1] 68/20
starting [1] 48/24
state [3] 3/4 11/4 48/10
statement [1] 42/3
statements [2] 63/7 63/12
STATES [14] 1/1 1/4 1/11 1/16 3/2 3/7 3/8

3/21 3/24 4/3 4/5 51/7 51/20 63/6
station [2] 13/2 13/17
step [4] 47/1 65/15 65/15 69/3
Stepchildren [1] 13/10
steps [1] 33/10
Stevens [3] 3/19 58/19 70/3 70/8
still [7] 7/21 26/6 44/15 44/16 44/19 52/12 66/7
Stipes [2] 1/23 73/5
stipulate [1] 51/16
stop [1] 67/19
stored [1] 65/13
strawberry [1] 33/4
Street [1] 1/20
subject [1] 23/19
submissions [1] 5/11
submit [2] 34/17 63/11
submitted [11] 6/3 8/20 34/23 34/25 41/12 57/10 61/19 61/20 62/4 62/5 62/10
subpoenas [1] 52/1
substantially [1] 56/1
such [1] 14/22
sufficient [1] 9/17
suggest [1] 20/1
suicides [1] 12/3
Suite [1] 1/17
superseding [1] 3/19
supervised [2] 8/12 68/8
supervisor [2] 12/19 12/22
supported [1] 57/3
supposed [2] 37/25 38/7
sure [1] 16/15
swab [1] 49/3
swabs [4] 48/5 48/13 49/6 49/14
sweet [1] 58/9
sworn [3] 11/3 47/18 50/17
system [6] 63/23 63/24 65/13 65/16 65/20 66/2
systems [1] 63/22

## T

table [1] 47/5
take [27] 6/12 14/14 14/24 15/15 16/6 16/14 19/9 24/23 25/8 25/13 25/17 25/19 27/1 27/17 33/10 39/1 43/6 45/12 48/5 48/13 50/12 51/24 52/22 53/17 53/19 69/9 71/3
taken [1] 60/6
takes [3] 15/2 38/3 65/15
taking [3] 47/11 49/14 54/4
talk [7] 14/5 17/24 21/8 25/5 31/2 39/10 67/20
talkative [1] 19/18
talking [3] 18/25 32/22 37/18
Tara [1] 59/19
taught [1] 36/17
team [2] 21/11 21/15
technical [2] 36/7 69/8
techniques [2] 26/13 26/19
technology [3] 69/11 69/13 69/14
tell [15] 8/9 14/4 17/12 19/6 19/15 22/6 22/10 22/14 26/22 27/20 31/15 32/14 63/13 69/1 69/19
ten [4] 70/2 70/15 71/9 71/13
tent [12] 31/8 31/11 31/12 31/15 32/5 33/1 40/17 44/11 45/20 46/11 46/15 46/20
terminology [3] 16/10 16/18 16/19
terms [2] 9/4 69/2
testified [2] 17/3 20/18
testifies [2] 70/8 70/9
testimony [2] 33/18 70/23
testing [3] 34/17 34/24 34/25

**T**

**text** [5]  56/22 56/23 56/25 58/6 67/2
**texting** [1]  21/2
**than** [10]  15/2 24/12 28/23 34/23 42/14 56/10 66/3 68/11 70/5 70/22
**Thank** [4]  24/16 46/23 50/4 72/14
**that** [367]
**their** [17]  3/4 3/16 12/16 12/23 16/16 18/18 21/3 21/18 26/16 31/12 41/6 41/8 41/24 42/4 42/12 42/21 62/11
**them** [35]  12/15 14/24 15/1 15/15 19/6 19/6 20/1 20/2 20/21 21/8 21/17 22/13 25/14 26/16 26/17 30/18 41/17 41/18 41/21 42/6 42/14 42/25 43/19 44/20 45/9 46/15 46/17 47/6 47/11 47/12 55/7 55/24 59/8 61/14 69/19
**themselves** [1]  59/14
**then** [13]  5/25 6/21 7/5 7/12 8/9 13/13 16/2 17/11 23/8 40/15 40/19 65/17 70/3
**therapy** [1]  26/16
**there** [86]
**thereafter** [1]  41/3
**Thereupon** [1]  72/21
**these** [7]  18/13 28/20 30/16 42/3 54/14 63/14 71/4
**they** [67]  3/15 8/7 9/25 10/19 13/2 13/7 15/14 15/16 16/15 16/16 17/20 19/4 20/7 20/8 20/9 20/9 20/13 20/13 21/11 21/17 21/17 26/17 29/20 31/18 31/23 32/6 32/25 33/16 36/24 41/1 41/2 41/6 41/7 41/7 41/9 41/10 41/10 41/16 41/17 41/18 41/21 42/11 42/15 42/23 42/25 43/1 45/9 47/8 49/16 53/21 54/3 55/17 55/22 56/3 59/7 59/8 59/21 61/5 61/11 61/14 61/19 62/2 62/10 62/11 62/14 63/9 63/25
**thing** [2]  28/17 47/4
**things** [13]  19/10 22/16 23/24 24/22 26/11 26/12 26/22 26/25 28/20 29/12 33/16 40/16 53/16
**think** [16]  9/24 9/25 30/19 33/2 33/2 38/25 40/9 42/11 42/21 46/14 47/14 67/18 68/10 69/7 70/24 71/17
**thinking** [1]  50/7
**third** [4]  56/7 56/8 56/15 56/18
**this** [49]  4/25 6/17 7/7 8/2 9/16 9/24 13/4 15/3 21/6 22/3 22/11 22/20 22/23 23/4 23/14 24/1 24/1 25/2 25/6 25/6 25/10 25/16 25/20 26/5 28/17 29/16 29/25 33/17 37/2 40/9 40/13 49/3 49/8 49/18 54/25 57/21 58/13 63/16 64/4 65/6 65/18 66/1 66/2 67/8 67/12 68/18 68/22 68/25 72/10
**those** [25]  9/14 16/5 16/6 17/19 19/10 21/2 26/10 26/20 33/3 33/13 35/2 35/23 39/23 43/19 45/13 52/5 55/22 56/8 58/1 58/3 58/10 62/15 63/4 63/7 63/12
**though** [3]  11/14 47/8 57/6
**thought** [2]  27/4 33/24
**thousands** [1]  62/3
**three** [5]  7/24 31/6 36/21 53/10 71/2
**through** [14]  4/8 7/14 7/18 29/9 29/10 29/14 30/6 30/11 43/18 44/4 44/23 45/13 60/4 63/5
**throughout** [2]  17/18 36/9
**thumb** [4]  52/19 52/22 53/10 53/18
**thumbnail** [8]  65/6 65/8 65/23 66/6 66/7 66/8 66/19 67/1
**time** [50]  13/20 14/23 15/1 15/20 15/21 16/14 17/7 17/21 17/22 18/11 20/12 20/16 22/24 24/2 24/6 24/15 27/11 29/22 29/22 29/25 33/5 34/8 39/15 40/25 47/15 49/18 50/8 50/12 50/14 55/25 57/25 60/1 60/4 60/21 61/15 63/17 63/21 63/25 64/2 64/3 64/4 64/5 64/7 66/16 68/24 69/2 71/23 72/1 72/9 72/9

**times** [14]  14/20 28/1 28/3 28/16 28/19 28/20 28/24 28/25 29/1 40/4 40/21 63/23 64/1 66/4
**tired** [1]  20/13
**tissues** [3]  27/10 27/11 27/14
**Title** [4]  3/21 3/24 4/3 4/5
**today** [11]  3/14 4/19 4/23 5/3 5/6 6/5 10/17 39/5 41/22 47/6 54/24
**today's** [1]  4/10
**together** [1]  67/23
**told** [15]  19/18 21/7 26/15 27/5 31/8 31/17 32/9 32/12 32/19 32/21 33/1 39/18 44/11 66/9
**too** [1]  20/11
**took** [8]  17/10 31/18 31/20 32/9 32/25 33/23 40/15 45/9
**top** [3]  16/25 29/21 40/24
**topic** [1]  36/12
**total** [1]  8/10
**totally** [1]  20/10
**touch** [4]  5/4 17/4 17/11 18/14
**touched** [3]  22/16 27/16 31/24
**touching** [1]  19/8
**towel** [1]  27/10
**toys** [3]  52/17 53/10 53/19
**tracked** [1]  63/23
**trained** [1]  3/3 48/10 51/21
**training** [10]  12/8 36/7 36/19 36/23 36/25 37/22 38/12 42/4 48/7 48/8
**transcript** [2]  1/10 72/17
**transferred** [1]  57/20
**transmission** [1]  58/7
**transmitted** [1]  57/22 58/2
**traveled** [1]  10/22
**trial** [2]  4/25 63/24
**trip** [1]  32/21
**trouble** [1]  27/5
**trusting** [1]  15/8
**try** [5]  10/18 33/10 36/20 65/17 72/17
**trying** [2]  42/5 51/24
**turn** [2]  22/3 22/12
**turned** [2]  29/23 29/23
**two** [10]  7/7 12/14 17/18 23/9 33/2 35/3 36/21 46/17 48/2 60/20
**type** [3]  25/10 58/23 66/2
**types** [11]  11/25 19/10 26/22 35/23
**Typically** [1]  65/23

**U**

**U.S** [1]  1/17
**Uh** [6]  29/2 37/24 39/2 43/21 44/25 46/7
**Uh-hum** [6]  29/2 37/24 39/2 43/21 44/25 46/7
**ultimately** [1]  52/1
**um** [20]  20/25 33/12 45/22
**um-m-m** [3]  20/25 33/12 45/22
**uncomfortable** [3]  15/7 20/8 26/5
**uncommon** [1]  59/16
**under** [5]  7/1 26/1 67/10 67/10 68/2
**underscore** [1]  66/13
**understand** [9]  16/18 19/18 19/19 20/11 22/22 31/21 55/20 57/7 68/3
**understanding** [1]  10/8
**understood** [1]  57/17
**unit** [1]  47/25
**UNITED** [11]  1/1 1/4 1/11 1/16 3/2 3/7 3/8 3/21 3/24 4/3 4/5 51/7 51/20 63/6
**unless** [1]  67/18
**unsure** [1]  15/7
**until** [7]  4/9 5/3 10/17 47/6 60/5 64/8 70/9
**up** [19]  6/12 11/11 17/22 21/4 29/19 30/16 33/14 39/18 40/19 47/4 50/12 50/15 53/9 60/5

62/2 62/11 64/8 69/11 72/6
**Upon** [2]  4/7 51/7
**upset** [1]  31/25
**urged** [1]  26/17
**us** [3]  3/2 19/15 72/18
**USB** [5]  53/10 53/12 53/18 55/7 55/12
**use** [16]  14/18 15/17 15/18 16/10 16/12 16/12 16/15 16/16 16/17 16/18 16/20 20/2 26/19 27/18 37/25 41/7
**used** [7]  21/10 26/13 32/6 33/7 33/24 45/9 53/21
**user** [2]  56/13 57/16
**users** [1]  65/25
**using** [4]  16/15 64/4 65/19 68/18
**usually** [1]  59/10

**V**

**vaginal** [4]  16/16 16/20 32/15 41/8
**vaginally** [1]  27/21
**value** [1]  59/8
**variance** [1]  5/21
**vegetables** [1]  32/7
**verbalize** [1]  26/9
**verbatim** [2]  22/19 24/21
**verbiage** [1]  16/15
**versus** [3]  3/3 48/10 51/21
**very** [14]  9/23 15/6 15/6 15/7 19/17 20/12 21/5 26/5 33/4 38/2 38/2 40/25 42/17 70/7
**vibrators** [2]  35/3 40/13
**victim** [3]  49/24 61/24 62/15
**victims** [9]  3/13 37/23 61/15 61/17 62/1 62/6 62/8 62/8 63/2
**victims'** [1]  63/7
**video** [16]  29/23 38/22 57/1 59/11 65/6 65/7 65/9 65/15 65/18 65/21 65/25 66/1 66/5 66/9 66/11 66/22
**videos** [7]  52/12 59/7 61/23 64/7 66/12 66/14 66/15
**videotaped** [1]  13/18
**view** [3]  55/21 58/6 65/23
**violation** [5]  3/21 3/24 4/2 4/5 68/8
**visited** [1]  64/10
**visual** [1]  50/15
**visually** [1]  65/9
**VOLUME** [1]  1/12

**W**

**W.'s** [8]  23/21 23/22 24/12 30/4 30/21 30/21 43/13 43/14
**Walker** [2]  69/18 70/15
**want** [18]  8/25 9/15 10/4 18/23 20/9 26/9 26/10 30/15 31/25 33/17 33/17 38/19 40/14 43/13 47/8 62/7 67/18 67/24
**wanted** [1]  16/6
**wants** [1]  70/24
**warrant** [4]  52/15 52/23 53/23 64/18
**warrants** [1]  52/1
**was** [177]
**wasn't** [3]  20/16 27/9 46/20
**watch** [1]  39/15
**way** [4]  8/1 28/5 37/5 56/10
**we** [79]
**we'll** [4]  63/11 69/8 69/11 72/14
**webinars** [1]  36/24
**week** [2]  10/16 36/22
**well** [21]  3/4 6/10 20/25 26/5 28/8 28/9 28/17 31/16 32/8 32/9 32/12 32/19 33/12 34/18 36/23 38/20 40/4 43/14 54/7 67/24 69/14
**went** [10]  32/5 32/14 33/13 37/22 40/23 41/1 44/14 44/18 44/23 62/22
**were** [70]  6/22 8/2 9/10 11/23 13/2 13/7 15/3

# W

were... [63]  15/16 16/2 17/9 19/15 20/13
20/19 21/1 26/19 26/25 30/13 30/21 31/18
32/25 33/16 34/8 35/2 35/3 37/2 37/3 44/2
44/4 44/6 44/19 44/20 44/20 44/21 45/4 45/8
45/8 45/20 46/7 48/10 48/13 49/14 52/12
52/22 53/13 55/4 55/6 55/17 55/20 55/22 56/2
56/24 57/21 57/22 58/1 58/2 58/3 58/11 59/8
60/22 61/3 61/10 61/11 61/19 61/20 63/4 63/7
63/13 63/16 64/7 64/22
West [1]  1/23
what [110]
whatever [2]  39/19 70/14
whatnot [1]  63/22
when [41]  10/17 12/20 14/17 15/13 17/19
18/10 20/11 29/10 29/23 31/8 31/18 34/14
36/10 37/14 37/18 38/1 38/7 40/2 40/23 42/25
44/10 44/14 44/18 45/20 45/22 45/24 46/1
47/12 55/4 56/3 56/4 56/17 61/25 65/3 65/8
65/17 65/24 66/2 68/3 68/20 68/21
where [30]  13/16 14/14 18/13 18/14 18/15
18/17 18/19 23/3 27/25 28/10 31/24 33/16
33/17 33/20 36/17 36/18 38/4 43/6 47/23 48/7
49/9 50/21 56/2 56/25 64/24 66/9 66/25 67/20
67/21 69/10
Whereupon [5]  24/19 30/13 50/3 55/2 67/17
whether [15]  7/20 7/21 9/3 17/7 17/12 20/22
36/21 37/16 41/18 43/2 46/21 57/12 57/13
63/22 64/20
which [22]  5/3 6/1 6/1 6/16 7/1 7/18 9/9
13/25 20/10 32/21 39/5 41/10 49/17 49/17
53/16 58/3 58/15 61/5 65/19 66/3 66/11 70/23
while [1]  32/25
who [10]  3/10 17/15 47/2 47/14 56/9 56/12
59/12 71/4 71/10 71/14
whom [2]  23/16 49/4
Whose [2]  23/10 23/19
why [12]  4/18 5/5 8/3 18/23 19/19 27/4 27/11
42/5 50/9 56/21 65/15 69/1
wife [1]  13/7
will [45]  5/2 6/25 10/2 10/8 10/13 10/18 11/1
22/2 22/6 25/7 25/9 25/13 25/16 26/24 30/15
31/16 33/18 41/7 41/10 42/25 43/1 47/4 49/18
50/1 50/13 50/14 54/21 54/23 54/25 56/15
61/6 67/9 67/10 68/1 68/10 68/19 69/9 69/11
70/8 71/2 71/15 71/17 71/19 72/8 72/15
Wilmington [2]  51/23 64/12
Windows [1]  63/22
wipe [1]  27/12
wiping [1]  27/13
wish [1]  10/9
withdraw [2]  41/25 42/2
within [6]  7/6 10/3 52/19 53/20 58/11 65/22
without [6]  24/18 30/5 30/12 50/1 54/6 67/16
witness [17]  10/23 10/24 11/3 21/20 22/3
22/6 22/23 24/5 30/17 47/3 47/14 47/18 48/21
50/17 53/3 67/6 71/10
witnessed [1]  15/14
witnesses [11]  2/2 10/22 12/8 14/17 20/6 69/2
69/9 70/19 70/20 71/2 71/4
won't [2]  41/7 70/8
word [4]  16/11 16/12 16/16 59/8
words [5]  16/5 16/6 20/9 26/10 62/11
work [9]  14/16 36/1 42/7 47/23 47/24 48/4
50/21 53/14 72/17
worked [2]  48/1 50/24
working [2]  22/1 68/3
works [1]  72/17
world [2]  16/17 63/4
worth [1]  20/16

would [58]  7/20 8/9 9/3 9/24 10/21 10/22
12/11 16/1 16/12 16/12 16/17 17/19 17/21
18/9 18/9 20/9 21/17 22/24 25/1 25/10 27/1
27/1 27/2 27/7 27/11 27/17 28/9 28/25 29/14
29/24 38/22 38/23 39/18 40/10 41/20 41/24
44/10 44/21 46/5 47/11 47/14 50/8 50/11
53/22 59/3 61/12 62/18 62/19 62/24 66/17
68/11 68/14 69/21 69/23 70/23 71/3 71/3
71/19
wouldn't [1]  45/14
write [3]  20/2 20/10 29/4
writing [5]  24/8 24/10 24/12 24/14 29/12
writings [1]  44/6
written [6]  7/19 22/23 22/23 23/4 23/24 64/2
wrote [6]  22/11 22/16 29/4 29/15 29/15 29/21

# Y

yard [3]  31/9 31/11 31/12
year [5]  12/12 14/2 19/13 20/15 36/11
years [14]  8/13 11/22 14/18 14/18 35/16 36/5
36/6 36/9 38/1 48/2 50/24 51/6 51/8 51/11
yes [102]
you [314]
you'd [1]  47/9
young [2]  14/22 41/8
younger [2]  17/20 45/24
your [64]  6/6 6/18 7/4 7/11 8/1 9/22 10/8
10/15 10/15 11/4 11/5 12/11 12/19 14/9 15/4
16/10 16/11 18/9 21/20 22/1 22/22 23/12 24/5
24/14 24/17 25/1 25/10 29/24 30/15 34/20
35/4 35/8 35/25 37/22 38/12 38/12 38/24 39/5
41/14 43/6 43/16 45/16 46/25 47/3 48/3 48/18
49/18 49/21 51/2 51/5 51/20 52/25 53/3 53/24
54/1 54/16 55/4 64/16 65/3 65/24 67/6 69/2
71/3 72/12
yourself [1]  38/13